AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

James Kluppelberg,

                 CASE NUMBER: 13 C 3963

      V.           ASSIGNED JUDGE: Lefkow

Jon Burge, et al.

                 DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

George Jenkins #11828
Chicago Police Department, Office of Legal Affairs
3510 S. Michigan, 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May St., Ste. 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THOMAS G. BRUTON, CLERK

(By) DE̶P̶U̶T̶Y̶ THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE: May 30, 2013

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13 C 3963

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GEORGE JENKINS
was received by me on *(date)* 09/11/2013

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* MRS JENKINS SPOUSE
, a person of suitable age and discretion who resides there,
on *(date)* 09/12/2013 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 09/13/2013 @ 7:00pm

*Server's signature*

CYE BACCAM / SPECIAL PROCESS SERVER
*Printed name and title*

4210 W IRVING PARK ROAD
CHICAGO, IL. 60641
AGENCY LICENSE 117-001323

*Server's address*

Additional information regarding attempted service, etc: