**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES KLUPPELBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 CV 3963 |
| | ) | |
| v. | ) | Honorable Joan Humphrey Lefkow |
| | ) | Magistrate Judge Maria Valdez |
| JON BURGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## SUGGESTION OF DEATH

Now comes counsel for George Jenkins and represents to the Honorable Court that she

was notified that Defendant George Jenkins died on January 27, 2015.


Dated: May 8, 2015                    Respectfully submitted,

                                      /s/ Jaclyn L. McAndrew
                                      Jaclyn L. McAndrew, Attorney No. 06309636
                                      *One of the Attorneys for Defendant George Jenkins*


James G. Sotos
Elizabeth A. Ekl
Jeffrey N. Given
Jaclyn L. McAndrew
Jeffrey R. Kivetz
THE SOTOS LAW FIRM, P.C.
550 East Devon, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
jmcandrew@jsotoslaw.com

I certify under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C.A. § 1746, that I electronically filed a complete copy of the foregoing **Suggestion of Death** with the Clerk of the Court on Friday, May 8, 2015, using the CM/ECF system, which will send notification of such filing to the below service list.

***Attorneys for Plaintiff James Kluppelberg***:
Jonathan I. Loevy
Arthur R. Loevy
Gayle M. Horn
Michael I. Kanovitz
Roshna Bala Keen
Tara E. Thompson
Joel Feldman
LOEVY & LOEVY
312 N. May Street, Ste. 100
Chicago, IL 60607
312-243-5900
jon@loevy.com
loevylaw@loevy.com
gayle@loevy.com
mike@loevy.com
roshna@loevy.com
tara@loevy.com
joel@loevy.com

***Attorneys for Defendant City of Chicago***:
Daniel E. Reidy
Chaka M. Patterson
Thomas F. Rybarczyk
Kenton Skarin
Scott B. Elmer
JONES DAY
77 W. Wacker
Chicago, IL 60601
312-782-3939
dereidy@jonesday.com
cpatterson@jonesday.com
tfrybarczyk@jonesday.com
kskarin@jonesday.com
selmer@jonesday.com

/s/ Jaclyn L. McAndrew
Jaclyn L. McAndrew, Attorney No. 06309636
*One of the Attorneys for Defendant George Jenkins*