UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

James Kluppelberg

                      Plaintiff,

v.                                                Case No.: 1:13–cv–03963
                                                    Honorable Joan H. Lefkow

Jon Burge, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 23, 2015:

      MINUTE entry before the Honorable Maria Valdez: The Court denies Plaintiff's Motion to Extend Discovery, [Doc No. [260]], and Motion to Compel the City of Chicago to Produce 30(b)(6) Witness, [Doc. No. [254]]. The City, however, is directed to produce the "Homicide Files," as explained in this Order, to Plaintiff as soon as practicable. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.