IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES KLUPPELBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 13 CV 3963 |
| | ) | |
| v. | ) | JUDGE LEFKOW |
| | ) | |
| JON BURGE et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 25 TO EXCLUDE
NON-PARTY WITNESSES FROM COURTROOM DURING TRIAL**

Now comes Plaintiff, James Kluppelberg, by and through his counsel, Loevy & Loevy, and respectfully moves this Court for an order excluding non-party witnesses from the courtroom during trial. In support thereof, Plaintiff states as follows:

Federal Rule of Evidence 615 requires the exclusion of witnesses from the courtroom during testimony. Moreover, courts recognize that a witness who concludes his or her testimony and remains to observe some other part of the trial is prohibited from testifying in rebuttal. *United States v. Tedder*, 403 F.3d 836, 840 (7th Cir. 2005) ("If [the defendant] wanted this witness available for rebuttal, he should have kept him out of the courtroom."); *Coleman v. Cook County*, No. 09 C 739, 2010 WL 4284920, at *2 (N.D. Ill. Oct. 20, 2010). An order covering both of these circumstances would properly prevent the contamination of witnesses.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully moves this Court for an order excluding non-party witnesses from the courtroom during trial.

Respectfully submitted,

/s/ Jon Loevy
One of Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Gayle Horn
Elizabeth Mazur
Roshna Bala Keen
Sarah Grusin
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

    I, Jon Loevy, an attorney, hereby certify that on October 7, 2016, I filed the foregoing via the Court's CM/ECF system and thereby served a copy on all counsel of record.

    /s/ Jon Loevy