IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES KLUPPELBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 13 CV 3963 |
| | ) | |
| v. | ) | JUDGE LEFKOW |
| | ) | |
| JON BURGE et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 37 TO**
**BAR IRRELEVANT EVIDENCE**

Now comes Plaintiff, James Kluppelberg, by and through his counsel, Loevy & Loevy, and respectfully moves this Court for an order barring irrelevant evidence. In support thereof, Plaintiff states as follows:

In their Final Pretrial Order, the Defendants have listed as an exhibit a letter from Plaintiff to his daughter, Sarah Brobst. Exhibit 54, Letter from Plaintiff to Sarah Brobst. In that letter, Plaintiff states (among many other things), that he believes that the reason his post-conviction attorneys agreed to represent him is because they think they can make money off of his case. *Id*.

Defendants should be prohibited from raising that issue or the passage in Plaintiff's letter. Plaintiff's beliefs about why his post-conviction attorneys may or may not have taken his case are irrelevant to the issues at hand. In addition to providing no probative value as to the case, such evidence would be highly prejudicial to Plaintiff and his attorneys.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully moves this Court for an order barring irrelevant evidence.

Respectfully submitted,

/s/ Jon Loevy
One of Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Gayle Horn
Elizabeth Mazur
Roshna Bala Keen
Sarah Grusin
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

    I, Jon Loevy, an attorney, hereby certify that on October 7, 2016, I filed the foregoing via the Court's CM/ECF system and thereby served a copy on all counsel of record.

/s/ Jon Loevy