IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES KLUPPELBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 13 CV 3963 |
| | ) | |
| v. | ) | JUDGE LEFKOW |
| | ) | |
| JON BURGE et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## EXHIBITS TO PLAINTIFF'S MOTIONS *IN LIMINE*

| | |
|---|---|
| Exhibit 1 | Deposition of Leonard Rolston |
| Exhibit 2 | Deposition of Jon Burge |
| Exhibit 3 | Transcript, *People v. Kluppelberg,* November 15, 1988 |
| Exhibit 4 | Correspondence dated June 12, 2015 |
| Exhibit 5 | Deposition of Ashley Schumacher |
| Exhibit 6 | Certified Copy of Conviction, Dckt. 362, *United States v. Burge,* No. 08 CR 846 |
| Exhibit 7 | Burge Testimony, *United States v. Burge*, No. 08 CR 846, June 17, 2010 |
| Exhibit 8 | Burge Deposition, *Wilson v. City of Chicago*, No. 86 C 2360 (September 22, 1988) |
| Exhibit 9 | Supplementary Report dated February 2, 1989 |
| Exhibit 10 | Plaintiff's Criminal History |
| Exhibit 11 | Deposition of Plaintiff James Kluppelberg |
| Exhibit 12 | O'Donnell Supplementary Report dated April 4, 1984 |
| Exhibit 13 | Duffin Supplementary Report dated January 29, 1988 |
| Exhibit 14 | Deposition of Michael Duffin |
| Exhibit 15 | Deposition of Bonnie Hileman |
| Exhibit 16 | Trial Testimony of Clarence Murzyn |
| Exhibit 17 | Deposition of Thomas Snooks |
| Exhibit 18 | Deposition of Duane Glassco |
| Exhibit 19 | Trial Testimony of Dawn Gramont |
| Exhibit 20 | Photos of Car Fire |
| Exhibit 21 | Police Reports re: Car Fire |

| | |
|---|---|
| Exhibit 22 | General Progress Report regarding Jimian Ayesh |
| Exhibit 23 | Supplementary Report dated May 29, 1984 regarding Wood Street fire |
| Exhibit 24 | Supplementary Report dated January 18, 1988 by Rolston & Schmitz |
| Exhibit 25 | CCSAO Investigative Reports |
| Exhibit 26 | Maurice Possley Emails |
| Exhibit 27 | Letter from Plaintiff to Sarah Brobst dated 7/29/09 |
| Exhibit 28 | Deposition of Santos Lupercio |
| Exhibit 29 | Deposition of Oralia Siller |
| Exhibit 30 | Deposition of Edward O'Donnell |
| Exhibit 31 | May 17, 2008 Affidavit of Duane Glassco |
| Exhibit 32 | Transcript, *People v. Glassco,* 87 CR 1669301, February 9, 1988 |
| Exhibit 33 | Trial Testimony of Duane Glassco |
| Exhibit 34 | Transcript, *People v. Glassco*, 85 CR 4031, 87 CR 16692, 87 CR 16693, March 3, 1989 |
| Exhibit 35 | Official Statement of Facts, *People v. Glassco,* 87 CR 16693 |
| Exhibit 36 | Certified Copies of Convictions, *People v. Glassco,* 01-010081-FC-D, 12-010147-FH-D |
| Exhibit 37 | Glassco Parole Release Records |
| Exhibit 38 | Individual Defendants' Rule 26(a)(2) Disclosures |
| Exhibit 39 | Deposition of Jeffrey Warnick |
| Exhibit 40 | Deposition of Patrick Rogers |
| Exhibit 41 | Deposition of Celeste Stack |
| Exhibit 42 | Deposition of Donna Kluppelberg |
| Exhibit 43 | Deposition of Sarah Brobst |
| Exhibit 44 | Trial Transcript, Nov. 15, 1988, at 38 (JGS 974) |
| Exhibit 45 | Annie Sweeny, "Questions on Juror Background Checks Bring Chicago's Top Attorney to Court," Chicago Tribune, Mar. 24, 2011 |
| Exhibit 46 | Chicago Police Department General Order G09-01-01, § VI(A)(2) |
| Exhibit 47 | Order, Padilla v. City of Chicago, No. 06 C 5462, April 30, 2014 |
| Exhibit 48 | Order, Hill v. City of Chicago, No. 06 C 6772, June 30, 2011 |
| Exhibit 49 | Deposition of Marshall Weinberg |

| | |
|---|---|
| Exhibit 50 | Weinberg Letter to ARDC |
| Exhibit 51 | Court of Claims Order, October 28, 2013 |
| Exhibit 52 | Deposition of George Savarese |
| Exhibit 53 | Savarese Report |
| Exhibit 54 | Letter from Plaintiff to Sarah Brobst dated December 4, 2009 |
| Exhibit 55 | Dawn Gramont's 1988 Statement to OPS |
| Exhibit 56 | James Kluppelberg Statement to OPS |
| Exhibit 57 | Statement of Leonard Rolston, CR No. 170336 |

        Respectfully submitted,

        /s/ Jon Loevy
        One of Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Gayle Horn
Elizabeth Mazur
Roshna Bala Keen
Sarah Grusin
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

  I, Jon Loevy, an attorney, hereby certify that on October 7, 2016, I filed the foregoing via the Court's CM/ECF system and thereby served a copy on all counsel of record.

                       /s/ Jon Loevy