IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES KLUPPELBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 13 cv 3963 |
| | ) | |
| v. | ) | JUDGE LEFKOW |
| | ) | |
| JON BURGE et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S DESIGNATION OF DEPOSITION
AND PRIOR TESTIMONY FOR USE AT TRIAL**

Now comes Plaintiff, pursuant to the Court's October 19, 2016 in-court ruling on the Parties Joint Motion For An Extension of Time To File Deposition Designations, Doc. No. 392, allowing the parties to have until October 21, 2016 to submit designations of deposition and prior testimony in connection with the final pretrial order in this case, and makes the designations listed below. Highlighted copies of transcripts corresponding to the testimony referenced in this submission will be filed along with this submission.

1. **Defendant Leonard Rolston**
    a. *People v. Kluppelberg,* Testimony at Motion *in Limine* Hearing
        i. Plaintiff intends to read portions of the testimony of Leonard Rolston from the following pages and lines:
           264:12-265:19
           266:15-268:17
        ii. Defendant City seeks to add 268:18-23 pursuant to Fed. R. Evid. 106.

2. **Kenneth Urbon**
    a. *Kluppelberg v. Burge, et al.,* Deposition Testimony
        i. Plaintiff intends to read portions of the testimony of Kenneth Urbon from the following pages and lines:
           6:7-14
           6:20-7:11
           8:8-23
           12:4-21
           19:6-22:2
           23:6-11
           33:2-35:11
           35:14-24
           44:4-44:23-45:5-47:5
           48:20-48:24

        69:12 (after "when you had--")-70:20
        70:24-71:8
        80:7-81:22
        82:18 (after "but")-83:16
        83:22 (after "well") - 84:8
        84:19-87:14
        88:17-89:1
        89:12-20
        92:7-93:24
        108:12-109:14
        109:17-113:24
        114:1-3
        114:14-23
        115:16-116:3
        116:11-118:8
        118:14-120:4
        120:11-123:8
        124:3-9
        124:23-125:1
        127:17-128:23
        131:24-134:24
        137:10-139:9
        168:11-172:11
        174:14-175:15
        186:9-187:10
        218:3-219:1
        219:20-220:24
        221:21-225:12
        225:17-226:8
        229:15-230:13
        238:6-8
        238:14-22

    ii. Defendants' objections and counter-designations to Plaintiff's proposed testimony are set forth below:

| Plaintiff's Designations | Specific Objections: |
|---|---|
| 12:13-21 | foundation (time period) |
| 34:20-24 | foundation (time period) |
| 40:19-24 | calls for speculation |
| 71:4-8 | calls for speculation |
| 99:13-19 | calls for speculation |
| 107:1-6 | foundation; calls for speculation |
| 113:19-24 | calls for speculation |
| 120:1-4 | form; foundation; calls for speculation |
| 132:16-24 | calls for speculation |
| 133:18-134:2 | foundation; calls for speculation |
| 134:3-9 | form |

| | |
|---|---|
| 134:10-15 | asked and answered |
| 157:3-7 | form; leading; calls for speculation |
| 172:22-173:10 | form; assumes facts not in evidence "you made this cause & origin determination" |
| 198:13-15 | calls for speculation |
| 210:19-211:3 | form; foundation; calls for speculation |
| 211:4-9 | form; foundation |
| 218:11-219:2 | relevance; foundation |
| 222:20-223:1 | calls for speculation |
| 227:24-228:7 | hearsay |

iii. Defendants' Additional Designations Pursuant to FRE 106:

11:12-15
18:3-8
42:7-11
42:17-43:2
49:1-16
76:16-24
115:9-14
125:2-8
125:13-126:7
126:10
126:12-127:3
127:6-16
128:24:129:10
130:10-23
135:1-9 and 12-17
136:5-7
145:16-23
154:17-155:2
155:14-21
177:11-23
178:7-11
179:18-180:3
181:19-21
182:20-183:5
187:19-188:15
188:24-189:20
207:9-16
208:24-209:10
212:18-24
214:5-19
236:15-237:4
237:9-22
238:12

3

        iv. Plaintiff's Objections to Defendants' Counter-Designations:

| Designation | Plaintiff's Objection |
|---|---|
| 42:7-11 | R402, 403, foundation, form |
| 126:12-127:3 | Improper to read from document; document does not refresh recollection; hearsay |
| 128:24-129:10 | Objection to 129:7-10 as to "normal practice" (particularly when read in conjunction with later testimony where says normally did not have a partner at 130:1-23); Hearsay; Does not satisfy FRE 406 |
| 130:10-23 | Objection to 129:7-10 as to "normal practice"; Hearsay; Does not satisfy FRE 406 |
| 135:1-9, 12-17 | Calls for speculation |
| 136:5-7 | Irrelevant, FRE 402, 403 |
| 145:16-23 | Calls for speculation |
| 154:17-155:2 | Objection, incomplete under FRE 106; if admitted, add 155:3-12 for completeness |
| 155:14-21 | Objection, incomplete under FRE106: if admitted, add 155:3-12 for completeness |
| 177:11-23 | Calls for speculation; if admitted, add 177:24-178:5 for completeness |
| 187:19-188:15 | Objection to 188:3-15 based on hearsay, speculation, no personal knowledge |
| 207:9-18 | Calls for speculation and no foundation as to 207:15-18; if admitted, add 204:18-24; 206:3-6; 206:17-207:8 as counter-designations and for completeness under FRE 106 |
| 212:18-24 | Speculation and no foundation |
| 236:15-237:4 | Calls for speculation and form (leading); if admitted, add 237:5-8 for completeness under FRE 106 |
| 237:9-22 | Form; improper to read from report; no personal knowledge |

   **3. Duane Glassco**
      a. *Kluppelberg v. Burge, et al.,* Deposition Testimony
         i. Plaintiff intends to read portions of the testimony of Duane Glassco from the following pages and lines:
           6:15-7:3
           8:2-18:4
           18:11-22:23
           23:13 (starting after "fair enough")-31:6
           34:16 (starting after "fair enough")-38:14
           39:15-39:19
           44:14
           44:21-47:14

   48:14-49:11
   50:5-52:12
   53:14-58:3
   58:14-64:18
   65:20-68:5
   69:6 (starting after "all right")-69:24
   70:16-72:8
   73:12-73:14
   73:20-75:15
   76:1-78:5
   78:16-79:8
   79:23-80:4
   80:20 (starting after "thank you for clarifying")-82:18
   128:15-16
   129:18-130:14
   131:7-134:14

ii. Defendants' objections and counter-designations to Plaintiff's proposed testimony are set forth below:

| Plaintiff's Designations | Specific Objections: |
|---|---|
| 9:6-8 | *see* Defendants' MIL 5 |
| 14:25-15:3 | form |
| 17:13-18 | form |
| 18:17-20 | form |
| 18:24-19:1 | form; calls for speculation |
| 21:7-10 | form (vague and argumentative) |
| 29:21-30:3 | form; assumes facts not in evidence |
| 36:5-7 | form |
| 47:4-8 | asked and answered |
| 48:19-22 | asked and answered |
| 49:9-11 | form; calls for speculation |
| 50:25-51:4 | form (vague); foundation |
| 51:6-10 | form (vague); foundation |
| 54:13-17 | form; asked and answered |
| 54:19-21 | form (argumentative); improper impeachment |
| 54:23-55:3 | form (compound) |
| 55:5-9 | form; calls for speculation |
| 56:4-9 | form; calls for speculation |
| 56:11-17 | form |
| 56:20-21 | not responsive to a question/no question pending |
| 57:21-58:3 | argumentative |
| 58:14-28 | form; foundation |
| 58:20-24 | form; assumes facts not in evidence |
| 59:1-5 | argumentative; asked and answered |
| 59:7-12 | form; assumes facts not in evidence |

5

| | |
|---|---|
| 61:24-62:6 | form "tricked" |
| 66:18-22 | form; foundation |
| 67:5-15 | form; foundation |
| 73:12-18 | form; foundation; no response provided |
| 74:7-10 | form; foundation; no response provided |
| 74:17-19 | asked and answered; no response provided |
| 75:1-4 | form |
| 79:5-8 | foundation; assumes facts not in evidence ("third visit") |
| 81:10-15 | form; calls for speculation |
| 82:2-9 | form |
| 129:18-130:5 | form |
| 130:1-5 | form |
| 130:7-14 | form |

   iii. Defendants' Additional Designations Pursuant to FRE 106:

22:24-23:12
31:7-8 and 10-18
34:12-15
39:6-13
39:23-41:20
42:4-18
43:4-6
43:10-19
43:22-25
47:15-48:24 and 48:13
68:6-15
69:25-70:2
70:9-13
70:23-71:5
72:9-25
82:24-87:10
87:21-89:6
90:6:93:24
94:10-95:6
100:24-105:17
106:17-110:20
111:1-21
112:6-116:13
116:16-24
119:23-121:5
121:8-21
125:11-126:9
127:23-128:13
128:17-129:1
129:3-7
134:2-135:9

iv. Plaintiff's Objections to Defendants' Counter-Designations are as follows:

| Counter-Designation | Plaintiff's Objection |
|---|---|
| 22:24-23:12 | Not responsive |
| 31:7-18 | FRE 403, See P's MIL No. 8 re: threats, P's MIL No. 6 re: prior bad acts |
| 34:12-15 | FRE 403, 404 |
| 39:16-13 | Not called for under FRE 106, See P's MIL No. 8 re: threats |
| 39:23-41:20 | Not called for under FRE 106, See P's MIL No. 8 re: threats |
| 40:25-41:3 | Hearsay |
| 42:4-18 | FRE 403, See P's MIL No. 8 re: threats |
| 43:10-19 | FRE 403, See P's MIL No. 8 re: threats |
| 43:22-25 | FRE 403, See P's MIL No. 8 re: threats |
| 70:9-13 | Not called for under FRE 106, See P's MIL No. 8 re: threats |
| 83:1-17 | Leading |
| 83:18-85:5 | Not responsive |
| 85:10-22 | Leading |
| 86:21-87:4 | FRE 403, See P's MIL No. 8 re: threats |
| 87:5-7 | Foundation as to Kluppelberg's knowledge |
| 91:15 (after "about")-91:20 | Speculation as to why people called him a snitch, foundation as to what others heard, and hearsay as to what others said |
| 92:12-23 | Not responsive |
| 93:7-24 | Not responsive |
| 101:8-12 | Leading |
| 102:17-24 | Leading |
| 103:8-17 | Hearsay as to the contents of his affidavit |
| 104:4-6 | Hearsay as to the contents of his affidavit |
| 104:10-105:17 | Not responsive, hearsay |
| 106:17-22 | Hearsay as to the contents of his affidavit |
| 107:23-110:18 | Leading, hearsay as to the contents of his affidavit and his statements to ASAs |
| 110:19-20 | No answer given |
| 111-1-11 | Not proper question and answer |
| 114:11-22 | Leading |
| 114:12-18 | Leading, not responsive, and FRE 403, 404 as to "burglars" |
| 127:23-128:1 | Form, not a proper question/answer |

v. **Plaintiff's Additional FRE 106 Designations Based on Defendants' Counter-Designations:**
If Defendants' designations on page 43 are admitted, then Plaintiff also designates 43:7-9, 43:20-21 under FRE 106
68:21-23 (stop after the word "no" on line 23)
126:11-127:22

7

4. **Dawn Gramont**
    a. *People v. Kluppelberg,* Post-Trial Motion Hearing
        i. Plaintiff intends to read portions of the testimony of Dawn Gramont from the following pages and lines:
        786:7-790:15

5. **Charles Petrosus**
    a. *People v. Kluppelberg,* Post-Trial Motion Hearing
        i. Plaintiff intends to read portions of the testimony of Charles Petrosus from the following pages and lines:
        669:23-672:24
        673:11-677:1
        677:5-678:12
        678:15-680:23
        682:18-684:4
        684:10-21
        685:14-686:2
        686:17-687:1
        687:5-12
        687:16-689:15
        689:20-691:16
        691:20-693:19
        ii. **Defendants' General Objections**: this testimony is not admissible pursuant to FED. R. EVID. 804; much of the testimony relates to the witness's description of photographs, which have not been identified or produced (see FED. R. EVID. 1008 allowing proof of content of photograph by testimony of the party against whom the evidence is offered); the exhibits should also be barred by FED. R. EVID. 403 because the designated testimony will serve to confuse and potentially mislead the jury and Defendants have no ability to test the foundation for the referenced photographs.

| Plaintiff's Designations | Specific Objections: |
|---|---|
| 674:15-675:4; 676:1-677:1 | Objection to testimony re: photos |
| 677:5-13 | Objection to testimony re: photos |
| 678:15-680:22 | Objection to testimony re: photos |
| 678:23 | incomplete designation |
| 682:18-684:2 | Objection to testimony re: photos |
| 684:10-21 | Objection to testimony re: photos |
| 685:14-686:2 | Objection to testimony re: photos |
| 686:17-687:1 | Objection to testimony re: photos |
| 687:5-12 | Objection to testimony re: photos |
| 688:2-689:15 | Objection to testimony re photos |
| 689:20-690:13 | Objection to testimony re photos |
| 690:17-22 | Objection to testimony re photos |
| 691:22-693:19 | foundation |

6. **Ronald Cerevic**
    a. *People v. Kluppelberg,* Post-Trial Motion Hearing
        i. Plaintiff intends to read portions of the testimony of Ronald Cerevic from the following pages and lines:
        764:21-769:2
        769:10-771:3
        773:12-778:15
        ii. Defendants' objections and counter-designations to Plaintiff's proposed Fed. R. Evid. 804 testimony are set forth below:
        **General Objection:** the proposed testimony is not admissible pursuant to FED. R. EVID 804.

        | Plaintiff's Designations | Specific Objections: |
        |---|---|
        | 773:12-775:7 | Refers to a map, which has not been identified or produced (*see* FED. R. EVID 1008 allowing proof of content of photograph by testimony *of the party against whom the evidence is offered*); this testimony should also be barred by FED. R. EVID 403 because the designated testimony will serve to confuse and potentially mislead the jury and Defendants have no ability to test the foundation for the referenced map. |

7. **Andrew Wilson**
    a. *United States v. Burge,* Trial Testimony
        i. Plaintiff intends to read portions of the testimony of Andrew Wilson from the following pages and lines:
        1008:3-4
        1008: 8-1037:22
        1039:2-1051:23
        1052:3-1075:19
        1075:24-1095:15

        ii. Defendants request that they have until after the Court rules on their pending Motion *in Limine* No. 18 to bar this testimony to provide specific objections and counter-designations, and Plaintiff does not object.

8. **Defendant Jon Burge**
    a. *Kluppelberg v. Burge, et al.,* Deposition Testimony
        i. Plaintiff intends to read portions of the testimony of Jon Burge from the following pages and lines:
           8:14-17
           9:4-10:8
           11:15-23:14
           24:1-27:19
           27:24-35:19
           36:1-45:7
           45:10-54:13
           55:6-57:1
           57:7-66:7
           66:12-88:10
           89:4-119:19
           119:23-122:16
           122:19-123:8
        ii. Defendants did not provide Plaintiff objections or counter designations in time to meet the October 21, 2016 deadline for filing this submission.
    b. *United States v. Burge,* Trial Testimony
        i. Plaintiff intends to read portions of the testimony of Jon Burge from the following pages and lines:
           2650:24-2651:1
           2651:17-2653:8
           2374:18-2375:24
        ii. Defendants' objections and counter-designations to Plaintiff's proposed testimony are set forth below:
           **General Objection:** Defendants object to the use of this transcript which has never been produced to Defendants.

           | Plaintiff's Designations: | Specific Objection: |
           |---|---|
           | 2374:18-2375:24 | Foundation as to time, place and position held at the time of the described conduct; Defendants further object to line 2375:24: "so stipulated" because it is unduly prejudicial (Fed. R. Evid.403) and not relevant to any issues in this case (Fed. R. Evid. 401). |

    c. *Wilson v. Burge et al.,* Deposition Testimony
        i. Plaintiff intends to read portions of the testimony of Jon Burge from the following pages and lines:
           74:12-75:4
        ii. Defendants' objections and counter-designations to Plaintiff's proposed testimony are set forth below:

**General Objection:** Defendants object to the use of this transcript which is incomplete and was not provided in the course of discovery.

| **Plaintiff's Designation** | **Specific Objection:** |
|---|---|
| 74:12-75:4 | foundation as to time (when this supervision occurred), place (what Area or Unit of CPD), and position (supervisory position held by Burge at the time of the events described in the transcript). |

9. **Aaron Patterson**
    a. *Patterson v. Burge, et al.,* Deposition Testimony
        i. Plaintiff intends to read portions of the testimony of Aaron Patterson from the following pages and lines:
        8:24-9:2
        233:14 - 233:19
        235:17-236:2
        236:7-10, 236:15-20
        238:16-19
        239:23-24
        241:11-17
        244:7-19
        246:15-249:4
        253:21-254:2
        255:22-256:6
        258:3-6
        289:11-290:3
        290:12-13
        290:18-293:6
        305:6-14
        305:24-206:6
        307:23-308:17
        311:6-316:19
        321:3-322:24
        324:11-332:4
        332:22-337:13
        337:22-340:9
        340:18-22
        348:20-349:15
        367:22-368:11
        368:22-370:3
        370:19-373:8
        376:20-377:15
        378:18-383:7

        473:9-474:2
        893:23-894:15

   ii. Defendants request that they have until after the Court rules on their pending Motion in Limine No. 18 to bar this testimony to provide specific objections and counter-designations, and Plaintiff does not object.

Plaintiff reserves the right to read testimony in his case-in-chief from witnesses who Defendants have designated as of the time of this submission or any point thereafter.

Plaintiff also reserves the right to alter or amend his designations, counter-designations, or objections to Defendants' designations based on developments at trial, including but not limited to evidentiary rulings made during the pretrial conference and during trial.

                                            Respectfully Submitted,

                                            /s/ Elizabeth Mazur
                                            Attorneys for Plaintiff

Jon Loevy
Roshna Bala Keen
Gayle Horn
Elizabeth Mazur
Sarah Grusin
Joel Feldman
Loevy & Loevy
311 N. Aberdeen, 3d Floor
Chicago, Illinois 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

    I, Elizabeth Mazur, an attorney, certify that on October 21, 2016, I filed a copy of the foregoing via the Court's electronic filing system and thereby served a copy on all counsel of record.

                                          /s/ Elizabeth Mazur