*Kluppelberg v. Burge, et al.*
Case No. 13 CV 3963
Our File No. 13-3050

# DEFENDANTS' RESPONSE TO PLAINTIFF'S MIL NO. 40

## Replacing Exhibits with Redacted Copies

**Exhibit A-1    -    Dkt. 500-3**

**Exhibit A-2    -    Dkt. 500-4**

**Exhibit A-3    -    Dkt. 500-5**

**Exhibit A-4    -    Dkt. 500-6**

**Exhibit A-5    -    Dkt. 500-7**