*Kluppelberg v. Burge, et al.*
Case No. 13 CV 3963
Our File No. 13-3050

# EXHIBIT 4

**William Kelly Employee Form**



# City of Chicago
## Employee Change of Address Form

Department __POLICE__   Bureau __AREA 3 V/C__

Name __William D Kelly__

Position title __Detective__

Social Security number __REDACTION__

I understand and acknowledge that as a condition of employment with the City of Chicago I must be an actual resident of the City of Chicago.

Old Address __REDACTION__   Zip Code __REDACTION__

New Address __REDACTION__   Zip Code __REDACTION__

Effective Date __5 Jan 86__

New Phone Number __REDACTION__

I understand that the falsification of this statement of address shall constitute grounds for discharge from the City Service.

I understand and acknowledge that I must report any change of address immediately to my department head and to the Department of Personnel and that failure to provide such notification shall constitute grounds for discharge from the City Service.

By signing this residency affidavit, I acknowledge and represent that I have fully read and understand **both the front and reverse sides** of this residency affidavit, and further certify that the information which I have provided herein is true and correct.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER ENTERED IN 13 CV 3963**

Signed __William D Kelly__

Date __7 Jan 86__

Complete and sign two copies.
First copy to departmental file.
Second copy to Department of Personnel.