IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES KLUPPELBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 13 CV 3963 |
| | ) | |
| v. | ) | JUDGE LEFKOW |
| | ) | |
| JON BURGE et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

# Exhibit 5

## New File

DEATH/VIC. HARAST, F. /F-105 510

CPD-ORIG-FILE-4-0001

INVESTIGATIVE FILE INVENTORY
CHICAGO POLICE DEPARTMENT

R.D. NO. 1-105510

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | Written Notes | | | 15 apr 84 |
| 2. | " | | | |
| 3. | " | | | |
| 4. | " | | | |
| 5. | " | | | |
| 6. | Gen Prog Note | | | |
| 7. | " | | | |
| 8. | Written Statement | | | |
| 9. | Typed Memo | | | |
| 10. | " | | | |
| 11. | Hosp. Case Report | | | 15 apr 84 |
| 12. | Deto. Supp. 14 April 84 | | J.B | 20 April 84 |
| 13. | Hospital Case Report | | J.B. | 20 April 84 |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | AREA 3 | |
| 24. | | | VIOLENT CRIME | |
| 25. | | | | |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

CPD-ORIG-FILE-4-0002

INVESTIGATIVE FILE INVENTORY
CHICAGO POLICE DEPARTMENT

R.D. NO. 105510

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---------|-------------------------|------|-----------------|---------------|
| 1. | Case Report | | J Olson | 28 Mar 84 |
| 2. | RD 104537 | | | 15 Apr 8 |
| 3. | RD 105358 | | | |
| 4. | Interview Sheets | | | |
| 5. | 4 | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | written Note | | | |
| 23. | | | AREA 3 | |
| 24. | | | | |
| 25. | | | VIOLENT CRIME | 15 Sep 84 |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-ORIG-FILE-4-0003

CONTINUATION OF NARRATIVE

ASSISTING UNITS ON Scene
    CAR 900 Comm Daly -- 999 LT. Cohhius
    910 Sgt. Knight
BeAT CARS 915 - 931 - 933
Sg Dcohs. 972 - 771 - 1273 - 1272
Chicago Fire Dept.
    Dept. Fire Comm. AhTman IN CHARge
BATT Chief #15 Fisher. Eng. 33 - 52 - 65 - 116 - 18 - 41
    49 - 28 - 8 - 123.
HUMAN Services Summoved To Scene To ASSIST Displaced
Persons Lans 976 McKenzie 978
Red CROSS And CTA. Bus Summoved As Temporary
Shelter.
    5 BODIES RECOVERED BY 0735 HRS AND TAKEN
To MERCY HOSP.

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE SUPERVISOR
SIGNATURE INDICATE THAT IT IS ACCEPTABLE  Sgt. Laughlin

| STAR NO. | DAY | MO. | YEAR: TIME |
|----------|-----|-----|------------|
| 1827 | 24 | 3 | 84 0830 |

R.D. NO. F.105510

# HOSPITALIZATION CASE REPORT / CHICAGO POLICE

| 1. CLASSIFICATION (CHECK ONE) | | | 2. BEAT OR UNIT ASSIGNED | 3. BEAT OF OCCURRENC |
|---|---|---|---|---|
| ☒ DEATH 910 | ☐ SUICIDE 960 | INJURY TO ☐ CITIZEN ON 910 PUBLIC PROP | ☐ ATTEMPTED SUICIDE 910 | INJURY TO ☐ CITY 910 EMPLOYEE | ☐ ACCIDENTAL INJURY 910 | 913 | 913 |

| 6. ADDRESS OF OCCURRENCE | | APT. NO. | 7. DATE OCCURRED / TIME | 8. DATE REPORTING OFFICER ARRIVED / TIME |
|---|---|---|---|---|
| 4448 S. Hermitage | | 1st | 27 MAR 84 0408 | 27 MAR 84 0409 |

| 9. VICTIM'S NAME | SEX/RACE | Y.O.B. | 10. HOME ADDRESS | APT. NO. | 11. HOME PHONE | 12. BUSINESS PHONE |
|---|---|---|---|---|---|---|

| 13. PERSON REPORTING INCIDENT TO POLICE | SEX/RACE | 14. HOME ADDRESS | APT. NO. | 15. HOME PHONE | 16. BUSINESS PHONE |
|---|---|---|---|---|---|
| Harast Frank | M W | 4452 S. Hermitage | | 534-1964 | U.N.A |

| 17. PERSON DISCOVERING VICTIM | SEX/RACE | 18. HOME ADDRESS | APT. NO. | 19. HOME PHONE | 20. BUSINESS PHONE |
|---|---|---|---|---|---|
| U.N.A | — | — | | — | |

| 21. NAMES OF WITNESSES | SEX/RACE | 22. HOME ADDRESS | APT. NO. | 23. HOME PHONE | 24. BUSINESS PHONE |
|---|---|---|---|---|---|

| 25. TYPE OF PREMISES WHERE OCCURRED OR VICTIM FOUND | 26. CAUSE OF INJURY (INSTRUMENT OR MEANS) | 27. REASON (ACCIDENT, ILL HEALTH, ETC.) |
|---|---|---|
| Residential Home | Fire | Fire |

| 28. REMOVED BY | 29. REMOVED TO | 30. NAME OF PERSON AUTHORIZING REMOVAL |
|---|---|---|

| 31. SOBRIETY OF VICTIM (CHECK ONE) | 32. EXTENT OF INJURIES (CHECK ONE) | 33. FIRST AID GIVEN BY POLICE | 34. MEDICAL AID REFUS BY VICTIM |
|---|---|---|---|
| ☒ SOBER ☐ HBD ☐ INTOX. | ☐ MINOR ☐ SERIOUS ☒ FATAL | ☐ YES ☒ NO | U.N.A |

| 35. NAME AND ADDRESS OF ATTENDING PHYSICIAN | 36. INVENTORY NO. |
|---|---|
| Mercy Hosp. E.R. Room | U.N.A. |

**37. NARRATIVE:** (THE INDICATED SOBRIETY OF VICTIM OR WITNESSES IS THE APPARENT CONDITION, WHEN REPORTED.)

☐ Apparently UNFOUNDED, at the time of the preparation of this report.

IN SUMMARY R.O's responding to a fire at 4448 S. Hermitage found a 3 flat building engulfed in flames. A Mr. Santos Lupercio S.A. M 4 38 yrs old was observed leaping from 2nd floor window who stated his family was inside. R.O's unable to enter this building then aroused the residents of 4450-4452 and 4446 and evacuated them to safety. These 3 other buildings then caught fire. Additional units were summoned to scene and assisted in caring for injured and displaced persons.

Dept. Lyons notified per Lt. Collins
Dept. Clark noted per Capt. Nolan. 0420 Hrs

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE    ☒ CONTINUED ON REVERSE SIDE

| 38. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 39. DATE INVESTIGATION COMPLETED / TIME | | | 42. SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|---|
| D+A. L.OS 09 U.I.S. | DAY 27 | MONTH MAR | YEAR 84 | TIME 0150 | LAUGHLIN | 1827 |

| 40. REPORTING OFFICER (Print or Type) STAR NO. | 41. REPORTING OFFICER (Print or Type) STAR NO. | SIGNATURE |
|---|---|---|
| R. DAKANSKI 5557 | | Lt. Laughlin |
| SIGNATURE D. McGuire 11973 | SIGNATURE | DATE DAY 24 MONTH 3 YEAR 84 TIME 0830 |

CPD-11.406 (REV. 7/73)

Identify and list all property items (include Property Inventory Numbers). If property taken was scribed for Operation Identification, include I.D. number at end of Narrative. Offenders' approximate description if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| | |
|---|---|
| 4. DATE OF ORIG. OCCURRENCE—TIME | |
| DAY 24 | MO. Mar | YR. 84 |  10408 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I. UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Death Investigation | 0910 | 4448 S Hermitage Ave | 913 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT

See Narrative

CORRECT ☐1 YES ☐2 NO    IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

| 6. FIRE RELATED ☐1 YES ☐2 NO | 7. BEAT/UNIT ASSIGNED 632 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Residence, 2 floor apartment | 0290 | Six | dna |

| | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE INCIDENT OCCUPIED |
|---|---|---|---|---|---|---|---|
| CIRCUM-STANCES 11. ☐VERI-FIED ☐UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY ☐VERIFIED ☐UPDATE TO | 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | 8 NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

| | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| VICTIMS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

*CLOSED AREA 3 VIOLENT CRIME*

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| OFFENDERS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO., OR J.D.A. NO. | OFFENDER REL. CODE | | I.R. NO., Y.D. NO., OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY (BOXES 21 & 50 THROUGH 55)

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) dna | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐1 FIELD ☐3 SUMMARY | UNIT NO. | 53. STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|

STATUS CONT'D.
☐3 CLRD. CLOSED  ☐4 CLRD. OPEN  5 EXC. CLRD. CLOSED  6 EXC. CLRD. OPEN  ☒7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐1 ARREST & PROSEC.  ☐2 DIRECTED TO JUV. CRT.  ☐3 COMPL. RFUSD. TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPT.    ☐ADULT ☐JUV

55. ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

Coroners Case#

DECEASED:
#525   #1. LUPERCIO, Elva F/WH 28 years old. 4448 S Hermitage, 2 floor, no phone. Housewife.

#526   #2. LUPERCIO, Santos Jr. M/WH 10 years old. 4448 S Hermitage, 2 floor, no phone.

#527   #3. LUPERCIO, Crisabel F/WH 6 years old. 4448 S Hermitage, 2 floor, no phone.

#528   #4. LUPERCIO, Sonia F/WH 8 years old. 4448 S Hermitage, 2 floor, no phone.

#529   #5. LUPERCIO, Yadira F/WH 4 years old. 4448 S Hermitage, 2 floor, no phone.

#530   #6. LUPERCIO, Anabel F/WH 3 years old. 4448 S Hermitage, 2 floor, no phone.

POSTED BY:   Dr. Choi posted all the remains. 25 March 84

☒ CONTINUED OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) Normal | 91. DATE THIS REPORT SUBMITTED — DAY 14  MO. April  YR. 84 | TIME 0930 | 92. SUPERVISOR APPROVING (PRINT NAME) Sgt Owen | STAR NO. 94 |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Det. L. Tuider | STAR NO. 5648 | SIGNATURE | | |
| SIGNATURE | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | 95. DATE APPROVED (DAY-MO.-YR.) 14 Apr 84 | TIME 1022 |

CPD-11.411 (REV. 2/84  TEMP. B.I.S. USE ONLY)      *MUST BE COMPLETED IN ALL CASES

P-105510

CPD-ORIG-FILE-4-0006

Death Investigation                                                    F-105510

CAUSE OF DEATH:    All of the deceased dies as the result of extensive burns.

PRONOUNCED:        Deceased:
                   #1. Dr. Smith, Holy Cross Hospital at 0900 hours on the 24 March 1984.
                   #2. Dr. Smith, Holy Cross Hospital at 0810 hours on the 24 March 1984
                   #3. Dr. Smith, Holy Cross Hospital at 0810 hours on the 24 March 1984.
                   #4. Dr. Smith, Holy Cross Hospital at 0830 hours on the 24 March 1984.
                   #5. Dr. Smith, Holy Cross Hospital at 1130 hours on the 24 March 1984.
                   #6. Dr. Smith, Holy Cross Hospital at 0810 hours on the 24 March 1984.

NOTIFIED:          Medical Examiner Ruddy, on the scene, remains to the Fishbein Institute.

LOCATION:          2 floor of the building located at 4448 S Hermitage, building completely
                   destroyed by the fire.

EVIDENCE:          No evidence of arson as of this writing.

DATE/TIME:         24 March 1984, discovered at 0408 hours.

WEATHER/LIGHTS:    Fair, darkness.

CLOSED
AREA 3
VIOLENT CRIME

IDENTIFIED:        All of the deceased were identified by dental charts. Office of the medical
                   examiner.

INTERVIEWED:       #1. LUPERCIO, Santos Sr. M/WH dob. ▮▮▮▮, 32 years old. 4448 S Hermitage,
                   2 floor, no phone. Husband and father of the deceased people.
                   #2. MARTINEZ, Fernando S. M/WH ▮▮▮▮▮ 4452 S Hermitage 2 floor, tele#523 4964
                   Heard someone outside on the street yelling fire. Woke up saw the fire next
                   door. got out of the building. Could not add anything else.
                   #3. HARAST, Minerva F/WH ▮▮▮▮. 4452 S Hermitage, 1 floor, tele #523 4964.
                   Woke up when she heard some yelling fire, left the building. Knows nothing
                   else.
                   #4. SHIELDS, Richard M/W 13 years old. 4329 S Hermitage, telephone #523 2926.
                   Lives with parents. Heard and saw nothing.
                   #5. SANCHEZ, Marie Ellen F/WH 25 years old. 4440 S Hermitage 3 floor, no phone.
                   Heard and saw nothing.
                   #6. MORENA, Paul M/WH 32 years old. 4430 S Hermitage, no phone. Heard and saw
                   nothing.
                   #7. PETROSUS, Charlie M/W 74 years old. 4446 S Hermitage, no phone. Heard and saw
                   nothing.
                   #8. SUARE., Francisco M/WH 13 years old. 4427 S Wood. Lives with mother. Heard
                   and saw nothing.
                   #9. CRUZ, Charlotte F/WH 20 years old. 4440 S Hermitage, telephone #890 5936.
                   Seen building on fire and called the fire department.
                   #10. SUAUREZ, Guillermo M/WH 14 years old. 4427 S Wood St. Telephone #927 1592.
                   Lives with parent. Heard and saw nothing.
                   #11. OSORAO, Lila F/WH 50 years old. 4426 S Hermitage, telephone #376 0986. Heard
                   and saw nothing.

FIRE UNITS ASSGD:  Cheif Altman, Chief Arasgo both of the sixth district.
                   Fourth Dep, Chief Garrity.
                   Engines #49 and 23. Fire Ambulance #1.

BOMB & ARSON:      Commander Nichols. Technicians Micek #4045 & Urbon #14261 & Vega #5464

Continued on page three

F-105510

CPD-ORIG-FILE-4-0007

Death Investigation                                                    F-105510

ASGD:       Commander 009 police district. Car #900 On the scene.
            Capt. Thomas Nolan #45. Watch commander of the second watch 009 district.
            Lt. John Collins, watch commander first watch, 009 district.
            Sgt James Knight, beat #910. Beat #933 Officers Danaher #12805 and company.
            Beat #913 Officers Baranski #5557 and McGuire #11973 Paper car.
            Chicago Police Departemt Crime Lab.

STATEMENTS:  LUPERCIO, Santos Sr. 4448 S Hermitage, no phone.


INVESTIGATION: The reporting detective assigned to the incident by Sgt Invergo of this command
                through normal police channels. Upon arribal at the scene it was noted: The
building was still smoldering and the fire department and other police units were still on the
scene. The reporting had a conversation with the bomb and arson unit personal. They stated that
at this time they had no idea as to the cause of the fire. Samples would be taken from the debr
and sent to the lab for analysis.

        A conversation was then had with the Chief of the Fire Department, Altmab, and he
said that five bodies had been removed from the building and transported to the Holy Cross
Hospital. The fire and police were still searching for one other body. This was later found abo
1115 hours.

        A canvass of the neighborhood was then conducted. see format. and no indication of
foul play could be uncovered.

        The reporting proceeded to the Holy Cross Hospital and had a conversation with Dr.
Smith. He stated that he pronounced all of the bodies that were brought into the hospital. He
said that all were D.O.A. The remains were then transported to the Fishbein Institute for
post motems. Dr. Smith further said that Mr Santos Lupercio was admitted to the hopsital
intensive care unit with burs and a skull fracture.

        LUPERCIO, Santos Sr. He was interviewed in the intensive care unit and stated in
summary the following: He awoke and the apartment was on fire. He could not get to his family
so he was going to jump out the back and come in the front. When he got to the back window he
fell two floors and struck his head. He was unable to get to his family. He stated that the
first floor is empty and he and his family occupy the second floor. He could not say where the
fire started or how it started.

        Several days later the results from the samples of the debris that were taken
from the scBne were returned from the lab. They showed negative for any accelerant.

        Based on the above stated facts it is requested that this incident be classified
as clsoed, apparent accidental fire deaths.

CLOSED
AREA 3
VIOLENT CRIME

P-105510

CPD-ORIG-FILE-4-0008

HOSPITALIZATION CASE REPORT / CHICAGO POLICE

| 1. CLASSIFICATION (FILL IN) | | | | | | 2. BEAT/GRND ASSIGNED | 3. BEAT OF OCCUR |
|---|---|---|---|---|---|---|---|
| ☒ DEATH 910 | ☐ SUICIDE 960 | ☐ INJURY TO CITIZEN ON 910 PUBLIC PROP | ☐ ATTEMPTED SUICIDE 910 | ☐ INJURY TO CITY 910 EMPLOYEE | ☐ ACCIDENTAL INJURY | 913 | 913 |

| 6. ADDRESS OF OCCURRENCE | | APT NO | 7. DATE OCCURRED | TIME | 8. DATE REPORTING | TIME |
|---|---|---|---|---|---|---|
| 4448 S. HERMITAGE | 1st fl | | 27 MAR 84 | 0408 | 27 MAR 84 | 0410 |

| 9. VICTIM'S NAME | SEX | RACE | Y.O.B | 10. HOME ADDRESS | APT NO | 11. HOME PHONE | 12. BUSINESS PH |
|---|---|---|---|---|---|---|---|

| 13. PERSON REPORTING INCIDENT TO POLICE | SEX/RACE | 14. HOME ADDRESS | APT NO | 15. HOME PHONE | 16. BUSINESS PHO |
|---|---|---|---|---|---|---|
| HARAST FRANK | M W | 4452 Hermitage | | 523-4964 | D.O.A |

| 17. PERSON DISCOVERING VICTIM | SEX/RACE | 18. HOME ADDRESS | APT NO | 19. HOME PHONE | 20. BUSINESS PHO |
|---|---|---|---|---|---|
| DOA | | | | | |

| 21. NAMES OF WITNESSES | SEX/RACE | 22. HOME ADDRESS | APT NO | 23. HOME PHONE | 24. BUSINESS PHO |
|---|---|---|---|---|---|

| 25. TYPE OF PREMISES WHERE OCCURRED OR VICTIM FOUND | 26. CAUSE OF INJURY (INSTRUMENT OR MEANS) | 27. REASON (ACCIDENT, ILL HEALTH, ETC.) |
|---|---|---|
| Residential Home | Fire | Fire |

| 28. REMOVED BY | 29. REMOVED TO | 30. NAME OF PERSON AUTHORIZING REMOV |
|---|---|---|

| 31. SOBRIETY OF VICTIM (CHECK ONE) | 32. EXTENT OF INJURIES (CHECK ONE) | 33. FIRST AID GIVEN BY POLICE | 34. MEDICAL AID REF BY VICTIM |
|---|---|---|---|
| ☒ SOBER ☐ HBD ☐ INTOX. | ☐ MINOR ☐ SERIOUS ☒ FATAL | ☐ YES ☒ NO | DOA |

| 35. NAME AND ADDRESS OF ATTENDING PHYSICIAN | 36. INVENTORY NO. |
|---|---|

37. NARRATIVE: (THE INDICATED SOBRIETY OF VICTIM OR WITNESSES IS THE APPARENT CONDITION, WHEN REPORTED.)
☐ Apparently UNFOUNDED, at the time of the preparation of this report.

IN SUMMARY R.O's RESPONDING TO A FIRE AT 4448 S.HERM
FOUND A 3 FLAT BUILDING ENGULFED IN FLAMES.
A MR. SANTOS LOPERCIO S.A. M & 30 yrs old's WAS
OBSERVED LEAPING FROM 2ND FLOOR WINDOW WHO STATED
HIS FAMILY WAS INSIDE R.O.'s UNABLE TO ENTER THIS
BUILDING THEN AROUSED THE RESIDENTS OF 4450-
4452 AND 4446 AND EVACUATED THEM TO SAFETY.
THESE 3 OTHER BUILDINGS THEN CAUGHT FIRE
ADDITIONAL UNITS WERE SUMMONED TO SCENE AND
ASSISTED IN CARING FOR INJURED AND DISPLACED
PERSONS.
Dept. Lyons NOTIFIED Per LT. Collins
Dept. CHOCK NOTIED Per Cmdr. Nohod. 0420 Hrs

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE    ☒ CONTINUED ON REVERSE SIDE

| 38. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 39. DATE INVESTIGATION COMPLETED | TIME | 42. SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|
| D&A L.OS 09 Dist. | 27 MAR 84 | | | |

| 40. REPORTING OFFICER (Print or Type) | STAR NO. | 41. REPORTING OFFICER (Print or Type) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| K. DAFANSKI 5551 | | | | |
| SIGNATURE D. McGuire 11973 | | SIGNATURE McG | DATE DAY | MONTH | YEAR | TIME |

CPD-11.406 (REV. 7/73)

CPD-ORIG-FILE-4-0009

CONTINUATION OF NARRATIVE

ASSISTING. UNITS ON Scene
CAR 900, COMM Duty - 999 LT Collins
910 Sgt KNIGHT
BEAT CARS  915 - 931 - 933
Sgt Deohs    972 - 771 - 1273 - 1272
CHICAGO FIRE Dept
          Dept FIRE COMM. ALTMAN IN CHARGE
BATT. CHIEF #5 FISHER Eng 73 - 57 - 65 - 116 - 1 - 41
        49 - 28 - 8 - 123
HUMAN Services SUMMONED To Scene TO ASSIST Displaced
PERSONS. LAW 976 McKenzie 978
RED CROSS AND CTA Bus Summoned As Temporary
SHELTER

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE    SIGNATURE - SUPERVISOR    STAR NO. DAY  MO.  YEAR TIME

R.D. NO.

CPD-ORIG-FILE-4-0010

0520 hrs. Reluctant to give name in fear of retaliation.

Stated while standing in park watching fire over heard a youth named "Ritchie" m/w 13-14 yrs 4437 or 35 so Hermitage 5'6" Skinny Build Lt Brn Hair, Lt complexion — brag to his mother that he helped start the fire and an earlier fire with his friends, his mother punched him, and told him to shutup.

Conversation overheard approximately 0445 hrs. asked if "Ritchie" belonged to gang but Mrs. Cooper did not know. Also, did not know others who could be involved.

F - 105510

CPD-ORIG-FILE-4-0011

ATTENTION: Tuider/McKinley                                    24 March 1984

REF:  RD # F-105510 - Fire Deaths - Lupercio Family

INTERVIEWED:              LUPERCIO, Santos M/WH, DOB:          - husband/father of
                          victims - interviewed at Holy Cross Hospital Intensive Care Unit

                          LUPERCIO, Alma F/WH, DOB:          4433 S. Union, 2nd flr.
                          no phone at home (942-9444 business phone)

                          LUPERCIO, Manuel M/WH, DOB:          , 4433 S. Union

                          AMARO, Laura (NMI) F/WH, DOB:          , barmaid at Betos Lounge
                          at 4941 S. Ashland, tel: 376-3082 #523-5057 4734 walcott

                          MARTINEZ, Fernando S. M/WH, DOB:          , 4452 S. Hermitage,
                          2nd flr. tel: 523-4964 - neighbor

                          HARAST, Minerva M. F/WH, DOB:          , 4452 S. Hermitage,
                          1st flr. tel: 523-4964 - neighbor

                          SILLER, Oralya F/WH, DOB:          - formerly of 4448 S.
                          Hermitage, now staying at 4450 South Wood, 1st flr. rear, no phone

INVESTIGATION:            In continuance of the subject investigation the R/O's proceeded
                          to Holy Cross Hospital for the purpose of conducting an interview
with Santos Lupercio after arrangements had been made for Off. C. Mostek #13868 of Beat
#912 to act as an interpretor during this interview.  This interview was allowed by Holy
Cross Hospital with the stipulation that the information regarding the death of his wife
and children whuld not be made known to him.  He is being treated for a skull fracture,
smoke inhalation and some burns.  During this interview Santos stated that he had been
sleeping at the time of the fire and was awakened by the sound of someone yelling from
outside on the street at about 0400 hours.  When he woke up he observed the fire all around
the outer walls of the house except for the side where the window was located that he fell
from.  He said that he had no idea of the origin of the fire and does not know who it was
that alerted him to the fire.  He asked about the whereabouts and welfare of his family
but was told that they were being treated in another hospital on the instructions of Holy
Cross Hospital personnel.

                          Manuel and Alma Lupercio who are the brother and sister-in-law
                          of Santos were present at the hospital but they could add nothing
to aid in this investigation.  They were given a business card and were requested to call
our office with the information on the birthdates of the deceased members of the family.

                          Laura Amaro was interviewed at Betos Lounge and in summary re-
                          lated that she saw Isabel Ramos in the lounge on 23 March at
about 1930 hours, she said that she was only in the place for about one half hour and
she did not know where she went when she left.  She has known Isabell for about one to
two years from seeing her in the lounge and also knows her from when she worked at the
Mental Health Center at 47th & Honore and saw the Isabell when she came there for treatment.

                          Fernando Martinez and Minerva Harast both stated that they did
                          not hear or see anything prior to being alerted about the fire.
They also said that they heard someone outside on the street yelling and then woke up and
saw the fire and then got their families outside to safety.  Minerva said that she was
aware that there was dangerous wiring in the basement of 4448 S. Hermitage.  Oralya Siller
also stated that she and her husband and three children were able to get out to safety
after hearing someone yelling.

                          Isabell Ramos was returned to Central Detention with no additional
                          charges.

                                        Smith/Brankin                CPD-ORIG-FILE-4-0012

DECEASED:  #2. LUPERCIO, Sa       r. M/WH 10 years old. 4448     itage  D.O.A. 0810 Dr Smith
           #3. LUPERCIO, Crisabel F/WH 6 years old.                D.O.A. 0810 Dr Smith
           #4. LUPERCIO, Anabel F/WH 3 years old.                  D.O.A. 0810 Dr Smith
           #5. LUPERCIO, Sonia F/WH 8 years old.                   D.O A. 0830 Dr. Smith
           #6. LUPERCIO, Yadira M/WH 4 years old.                  D.O.A. 1130 Dr. Smith

INJURIES:     All of the deceased were burned beyond recognition.

PRONOUNCED:   All pronounced by Dr. Smith of the Mercy Hospital.

INJURED:      LUPERCIO, Santos Sr. M/WH   4448 S Hermitage, 2 floor, no phone.
              Taken to the Holy Cross Hospital. Room #525.

INTERVIEWED:  RAMOS, Isabel F/WH dob.          37 years old. 4640 S Marshfield. No phone.
              Knows nothing about the fire.
              SHIELDS, Richard M/W 13 years old. 4329 S Hermitage, Telephone #523 2926. Lives with
              mother and father. Knows nothing about the fire.
              SANCHEZ, Marie Ellena F/WH 25 years old. 4440 S Hermitage 3 floor. Knows nothing
              MOLINA, Raul M/WH 32 years old. 4430 S Hermitage. Knows nothing.
              PETROSUS, Charlie M/W 74 years old. 4446 S Hermitage. Knows nothing
              SUAREZ, Francisco M/WH 13 years old. 4427 S Wood 2fl. Tel. #927 1592. Heard and
              saw nothing. Said he arrived at the fire and spoke to his friend Richie Shields
              who was there with his mother.
              CRUZ, Charolette F/WH 20 years, 4440 S Hermitage. #890 5936 Heard and saw nothing.
              Called the fire department at approx: 410A.M. When she saw the smoke. Seen no one
              around the house.
              SUAUREZ, Guillermo M/WH 14 yr.. 4427 S Wood Street #927 1592. Heard and saw nothing.
              OSORAO, Lila F/WH 50 years old. 4426 S Hermitage. #376 0986 Heard and saw nothing.

ASSGD:        Chicago Fire Department Units:
              Chief Altman, Sixth District Chief Arasgo, Fourth Dep Chief. Garrity
              Engines #49, 2ᵃ and fire ambulance #1.
              Chicago Police Units on scene:
              Commander 009 district. Capt Thomas Nolan 2 watch commander, Lt Collins, Sgt Knight
              Bomb and Arson Unit Commander Capt Nichols. Bomb and Arson U it #5812
              Paper car Officers Baranski #5557 and McGuire #11973 Beat #913.

MANNER/MOTIVE: Fire of unknown origin, per bomb and arson units on the scene.

INVESTIGATION: Upon arrival at the scene of the incident the following was observed: The building
in question was completely destroyed. The building on both sides were damaged extensivley. The
deceased were found in and among the debris. Interviews. Spoke to numerous people in the neighbor-
hood with negative rsults.
        Attempted to locate the family who lives on the third floor of 4448 S Hermitage Mr an
Mrs Sillar, results negative. They got out of the building, apparently, without injury. Attempts
will continue to locate them.

NOTE:         RAMOS, Isabel, F/WH/38 yoa, formerly of 4504 S. Marshfield, who had been arrested and
          ... charged with Aggravated Arson relative to the fires which destroyed 4 houses on
              Marshfield, was brought into Area 3 headquarters and interviewed regarding this fire.
              This subject attempted to co-operate, but was unable to give any new information as
              to the cause of this fire. It should be noted that Ramos, who also uses the name
              Elizabeth Taylor, is under the care of mental Health clinic at 47th and Wood St. She
              is also a recent graduate of the Madden Mental Health facility. She now lives at
              4640 S. Marshfield, an aunt's home.

CPD-ORIG-FILE-4-0013

STATEMENT OF

ISABEL RAMOS

Taken 3/24/84 At 1:30 p.m

At 9th Dist Police Station

Present Det. W. Micek #4645

Sol Rajfer ASA

This statement taken regarding the fire of my apartment and building which occurred on 3/23/84 at 4504 S. Marshfield at 1:30 p.m.

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

I got mad and decide to ~~[illegible]~~ burn my curtains
I was angry and tore down my curtains.
I took a piece of paper put it close to the
curtains in the kitchen those curtains were
still hanging up. I stood there and saw
the flames get ~~[illegible]~~ bigger I grab the
beer + left. I already drank a 6 pak.
I left with a six pk. I lit the paper
on the stove then put on the curtain.
The reason I set the fire to my apartment
cause I was angry. I know what I did
was wrong. After I set the fire I went to
a tavern and when I came back the
building was gone.

Isabel Ramos

Sol Rajfer A.S.A
Det. W. Micek #4645

| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT<br>DAY MONTH YEAR | DATE OF THIS REPORT<br>DAY MONTH YEAR WATCH |
|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

CASTILLO, ALMA

Lupercio, Alma F/wh/ [redacted]  Sister in law of Santos
4433 Union 271- NP (942-9444) business -

Lupercio Emm Manuel M/wh/ -2 [redacted] - Brother
4433 Union 2fl NP- Brother of Santos
Orala Oscar
Elliai  Sister & husband lucy Lp Stoas Oscar Sellai

MB 912 C. Mostek 13868 — Translator -

manuel - -925-2433

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME |
|---|---|---|

CPD-23.122 (Rev. 2/83)

CPD-ORIG-FILE-4-0015

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |
| | | | | | | |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, in-
cluding: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and
any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare
official Department case reports.

When aware of fire — Sleeping - awoke by people.
Screaming - Outside. - about 0400 hrs.

Where fire Started — awoke - whole Outside of house
on fire - all around the hse.
Burning both front & rear - getting Out of
Window & fell.

No idea where fire Started. No one in 1st fl
family on 2nd fl

DoB! ▮▮▮▮▮▮▮         SS#

R.D.
NO.

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR.    TIME |
|---|---|---|

CPD-23.122 (Rev. 2/83)

CPD-ORIG-FILE-4-0016

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|
| DAY   MONTH   YEAR | DAY   MONTH   YEAR   WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

AMARO, LAURA (NMI) F/WH - 376-3082

DOB: ███████ - 494? S ASHLAND - BETO'S LOUNGE

1930 - arrived in town

23 MARCH 84

Stayed about one half hour - had one

beer while no place

has known Isabell for about

one year

47th + Honore MENTAL HEALTH CENTER

has been a patient there

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY-MO.-YR. | TIME |
|---|---|---|---|

CPD-23.122 (Rev. 2/83)

CPD-ORIG-FILE-4-0017

AGE/RACE

PERSON INTERVIEWED: ELIA NUNEZ F/WH 43 yrs
ADDRESS: 4509 S. HERMITAGE 1st FLOOR
TELEPHONE: NONE
REMARKS: No Knowledge.

PERSON(s) INTERVIEWED: ANGELICA ORTIZ
AGE/RACE: F/WH 14 yrs
ADDRESS: 4509 S. HERMITAGE ST. 2ND FLOOR
TELEPHONE: 890-1817
REMARKS: No Knowledge

PERSON(s) INTERVIEWED:
AGE/RACE:
ADDRESS:
TELEPHONE:
REMARKS:

PERSON(s) INTERVIEWED:
AGE/RACE:
ADDRESS:
TELEPHONE:
REMARKS:

CPD-ORIG-FILE-4-0018

0520 hrs. Reluctant to give name in fear of retaliation.

Stated while standing in park watching fire over heard a youth named "Ritchie" M/W 13-14 yrs 4437 or 35 So Hermitage 5'-6" Skinny Build Lt Brn Hair, Lt complexion — brag to his mother that he helped start the fire and an earlier fire with his friends, his mother punched him, and told him to shutup.

Conversation overheard approximately 0445 hrs. asked if "Ritchie" belonged to gang but Mrs. Cooper did not know. Also, did not know others who could be involved.

F-105510

CPD-ORIG-FILE-4-0019

PERSON INTERVIEWED: ANN KORALEWSKI: AGE/RACE 2ND Floor

ADDRESS: 4510 S. HERMITAGE

TELEPHONE: 254-8164

REMARKS: No KNOWLEDGE


PERSON(S) INTERVIEWED: MARY GOODMAN

AGE/RACE: F/W 45yrs.

ADDRESS: 4510 S.HERMITAGE

TELEPHONE: 254-2390

REMARKS: No KNOWLEDGE


PERSON(S) INTERVIEWED: OCTABO CONTABRAS

AGE/RACE: M/WH 38YR.

ADDRESS: 4510 S. HERMITAGE (BASEMENT SIDE ENTRANCE)

TELEPHONE: 847-4751

REMARKS: No KNowledge.


PERSON(S) INTERVIEWED: NATIVIDAD MUNOZ

AGE/RACE: M/WH 55yrs.

ADDRESS: 4514 S. HERMITAGE 2ND FLOOR (SIDE)

TELEPHONE: 376-9440

REMARKS: No Knowledge.

CPD-ORIG-FILE-4-0020

3-24-84

AGE / RACE

PERSON INTERVIEWED: DENISE YOUNG 31 F/W
ADDRESS: 4500 S. HERMITAGE 2ND FLOOR.
TELEPHONE: 927-3059
REMARKS:
EVELIN HARTIG F/W 67yrs 1st FLOOR.
  SUBJECT STATED THAT SHE WAS WOKE UP BY THE
    SOUNDS OF FIRE ENGINES. NO OTHER INFORMATION.
PERSON(S) INTERVIEWED: KATHY DEVITT
AGE / RACE: F/W 22
ADDRESS: 4502 S. HERMITAGE
TELEPHONE: NONE
REMARKS: No INFORMATION


PERSON(S) INTERVIEWED: KAY NORKUS 1st FLOOR.
AGE / RACE: F/W
ADDRESS: 4508 S. HERMITAGE
TELEPHONE: 927-1002
REMARKS: No INFORMATION


PERSON(S) INTERVIEWED: MARY MONT VILAS 2ND FL.
AGE / RACE: F/W 80yrs.
ADDRESS: 4508 S HERMITAGE
TELEPHONE: NONE
REMARKS: No INFORMATION.

CPD-ORIG-FILE-4-0021

Occupants 3rd Fl.
SILLAR, ORALIA &
OSCAR

#525

4401 So. Wood 1st Floor

3 m/r Thrown out — 4401 S. Wood —

Int. Green steps — Stairs on sounside

Color of Bldg Green asphalt mint tint

Cl. Baron 4957 So Ashland
Rojo        847-1706 —     32
    TEODORO FLORES        MGR/OWNER
7:00 P. M. Falled dn dusk.

Belos Lounge 4941 So Ashland/ Laura
Laura 6:00-7:00    378-3008 —    583-5057
                   DIS-connected   4734 So Walcott

INTERVIEW

Name: _____

Address: _____

SEX & AGE: _____

PHONE: _____


REMARKS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Interviewed by _____

CPD-ORIG-FILE-4-0023

NAMES: ?

Identified by? No means of I.D.

How MANY Bodies? 6

Who Removed To morgue? 972 + 973 M~~cDermott + Story~~
                                        MCDermott
                                            Shury

INJURIES: OF EACH   ~~Apperent~~ Apperent Burne Vic No I.D.
                              GAS

(1) ✝ELVA Luz Lupercio ㉘   CASE #525 March — 0800 hrs
(2) SANTO Luz Lupercio ⑩   CASE #526 March — 0810 hrs
(3) CRISABEL Lupercio ⑥   CASE #527 March — 0810 hrs
(4) SONIA   Lupercio ⑧ CASE #528 March — 0930 hrs
(5) ANNABEL   Lupercio ③ CASE #524 March — 0810
(6) YADIRA   Lupercio (4) CASE #530 March — 1130 hrs.

                              DR. SMITH

CPD-ORIG-FILE-4-0024

TO:    Watch Commander, Bomb and Arson Section.

FROM:   Detective _____, Bomb and Arson Section.

SUBJECT: Request to hold prisoner past the next regular court call.

      The undersigned detective requests that_____

CB# _____ be held past the next regular court call due to

( ) the need for additional investigation before the prisoner can be charged.

( ) the witnesses in this case not being available at this time and they must view
    the prisoner in a line-up and/or speak to the States Attorney prior to charging.

( ) the Assistant States Attorney requesting further investigation before he will
    approve charges.

( ) _____

_____

_____

    It is expected that the prisoner will be charged with _____
at the conclusion of this investigation.

                  SIGNED:_____

                        Bomb and Arson Section.

MARTINEZ, FERNANDO S. M/WH

DOB: ███████████ 4452 S. HERMITAGE

2ᴺᴰ FLR → 523-4964

awakened by wife telling him about
the fire. → went outside and saw
the house engulfed in flames.

HARAST, MINERVA M. F/WH

DOB: ███████ - 4452 S. Hermitage

1ˢᵀ flr. - 523-4964

husband awoke her - got kids
out of the house

extension cords all over basement
floor in home where fire had
killed the people - used to get
wet when it rained - people last
lived in basement about 2 months ago.

CPD-ORIG-FILE-4-0026

lived in burned out house on 3rd flr.
with husband & 3 children

thinks fire started in basement

doesn't know how

someone yelled outside to alert
them of fire — got out the front
way

fire mostly on Southside & rear of
house — looked to be mostly in
basement 1st or 2nd floor

CPD-ORIG-FILE-4-0027

4448 S. Hermitage
4446 - Damaged
4480  "

Suarez. Francisca M/W H 13   DOB ███████
4137 S. Wood St.  927-1892

Seward School
308

Genaro Magona M/W H 14

Jose Martinez M/W H 13-14 yrs

Seward School —

D.S.A. Hafler, Sol —

483 Ashland — Red —

Ramos, Isabel DOB — ███████
4504 S. Marshfield —
4600 So. Marshfield —

Christ Cooper M/W 55    76 mar 35
                       523-7518

Richie Shields M/W 13·14
4329 So. Hermitage   5'6 - thin, Brn hair

Bent 5812   Tech Det. J-D Jenkins #11808
Bond & Carson              Nelson #16164

Francis Searcy M/W/+ 13
Aem 4:00 A.M.
43 & Wood -

David Weaver M/W 13
43d Hermitage

Bonnie O'Brien F/W 1776
4329 So. Hermitage
#523-0906

[redacted]

CPD-ORIG-FILE-4-0029

INTERVIEW

Name: SUVADA, HERMINA

Address: 4443 S WOOD 1st Fl Front

SEX & AGE: F

PHONE: NONE

REMARKS: DID NOT NO ANYTHING.

Interviewed by Gutierrez 7699

CPD-ORIG-FILE-4-0030

Name:  SAADEH, NAIN

Address:  4404 S WOOD

SEX & AGE:  M

PHONE:  847-5222

REMARKS:  R/O' INFORMED that above possibly had an argument

WITH VICTIM INVOLVED IN FIRE, ABOVE STATED THAT

HE HAD NO KNOWLEDGE OF VICTIM, OR FIRE

Interviewed by                    7699

INTERVIEW

Name: FROILAN VALENZUELA

Address: 4514 S Honnmtja 1 st fl Front

SEX & AGE: m/ Y/H 30 yoa

PHONE: 247-7560

REMARKS: STATED HE GAVE INTERVIEW TO BT 915

Interviewed by Gutierrez 7699

CPD-ORIG-FILE-4-0032

Name: THIBODEAUX

Address: 4451 S WOOD

SEX & AGE: F/W 6-4

PHONE: BT 7 2047

REMARKS: VICTIM STATED SHE WAS AWOKE BY UNK PERSON

WHO WAS SCREAMING AND NOTICED THAT FIRE WAS

IN REAR OF HER HOUSE. APPROXIMATELY 4:15 A.M

Interviewed by: 7699

CPD-ORIG-FILE-4-0033

INTERVIEW

Name: KHATER, Abdul

Address: 4500 S WOOD

SEX & AGE: M/ % 46.  ████████

PHONE: 247-4950

REMARKS: R/o's were advise that family involded in fire could have had possible, Argument with above subject R/o INTERViewd Above who state that he didnt know of this family,

Interviewed by    7649

INTERVIEW

Name: ACOSTA MATEO

Address: 4453 S WOOD

SEX & AGE: M/29

PHONE: 254-6797

REMARKS: JUST OBSERVED FIRE

Interviewed by _____ 7695

INTERVIEW

Name: GONZALEZ Rosa

Address: 4453 S WOOD 2nd Fl Rear

SEX & AGE: F / W/H 45

PHONE: 376-4465

REMARKS: Observed back part of building burning No other information

Gutierrez 7699
Interviewed by

CPD-ORIG-FILE-4-0036

INTERVIEW

Name: Guzman Francus

Address: 4406 S Hermitage

SEX & AGE: M/ 17

PHONE: NONE

REMARKS: STATED THAT THEY HAD NO KNOWLEDGE OF FIRE

7699

INTERVIEWED BY

Name: Oscar Siller

Address: 4448 S. Hermitage / staying with sister in law 4450 S. Wood — Alicia Mendez

SEX & AGE: M/W H 30 yrs — 1st Flr. REAR — No Phone

PHONE: None

REMARKS: Said that his family had a problem with a m/ARAB youth approx. 1 month ago and there was friction with the Somalies. The family in question lives on Wood & 43rd — 96/6 attempting to locate same

Sgt W Burt #1347
Interviewed by

CPD-ORIG-FILE-4-0038

| GENERAL OFFENSE CASE REPORT CHICAGO POLICE | 1 OFFENSE/INCIDENT - PRIMARY CLASSIFICATION ARSON | | TUCR OFF CODE | 2 SECONDARY CLASSIFICATION | | | | 3 R D NO. F - 105-358 |

| 4 ADDRESS OF OCCURRENCE NO DIR STREET | 1 8 4 0 W 46th Street | APT. NO | 5 FIRE RELATED ☒1 YES ☐2 NO | 6 DATE OF OCCURRENCE - TIME DAY MO YR 23 Mar 84 2315 | 7 BEAT OF OCCUR 915 | 8 BEAT/UNIT 961 |
| 9 TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE) RESIDENCE-GARAGE | | | 10. LOCATION CODE 2 1 0 | 11 DATE H.Q ARRIVED - TIME 23 Mar 84 2350 | 12. ASSIGNED BY | |
| | | | | ☐2 ON VIEW ☐3 SUPER | |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 13 NO VICTIMS | 21. NAME (LAST - FIRST - M.I.) | IDENTITY VERIFIED | 22. HOME ADDRESS (NO. DIR. STREET, APT. NO.) | 23 SEX-RACE-AGE CODE | 24 HOME PHONE | 25 BUSINESS PHONE | 26 TIME AVAIL | 27. OCCUPATION | 28 IN-JURED YES NO |
| 1 | SANDOVAL, Alfredo | ☐ | 1840 W. 46th St. | M 4 UNK | 847-4709 | UNK | DNA | UNK | Y |
| | SHIELDS 4329 S. HERMITAGE 3RD FL | | | | | | | | |
| | PARENT/GUARDIAN, IF JUVENILE | | | | | | | | |

RACE CODES
1 BLACK  3 BLACK HISPANIC  5 AMER. IND./ALA
2 WHITE  4 WHITE HISPANIC  6 ASIAN/PACIFIC IS

OFFENDER/VICTIM RELATIONSHIP CODES
(Use for Number of the Same Family or Household)
01 WIFE   09 BROTHER   17 BROTHER-IN-LAW
02 HUSBAND  10 SISTER   18 SISTER-IN-LAW
03 FORMER WIFE  11 AUNT   19 OTHER RELATIV
04 FORMER HUSBAND  12 UNCLE   20 GIRL FRIEND
05 MOTHER  13 MOTHER-IN-LAW  21 BOYFRIEND
06 FATHER  14 FATHER-IN-LAW  22 FRIEND/ACQUA
07 SON   15 SON-IN-LAW  23 OTHER—SPECIF
08 DAUGHTER  16 DAUGHTER-IN-LAW 24 NO RELATIONS

| 39 NO WIT | ☒1 DISCOVERED ☒2 WITNESSED ☐3 REPORTED OFFENSE | 32 | | 33 | 34 | | | | |
| | PONCE, Carlos ☒ 5351 | | 4547 S. Honore | M 4 15 | None | Dna | | | |
| | SANCHEZ, Eddie S. MARSHAL | | 4622 S. Honore | M 4 18 | 254-3829 | Dna | | | |
| | HANKINS, Kenneth | | 1901 W. 47th St. | M 2 15 | 254-8750 | Dna | | | |

| 40 NO OFF | 41 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42 HOME ADDRESS | 43 SEX-RACE-AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL | MARKS, SCARS, ETC. | 44. C.B./I.R. NO | 45. OF REL |
| | SLEPAWIC, Steven M. | 4624 S. Honore | M W 16 | 5-10 | 115 | Brn | Brn | Lt Ruddy | Y206 383 | |
| | JAMES BARTOS | | | | | | 12 APR 84 | CAL 5 | | |

| 51. OBJECT/WEAPON ☐1 USED ☐2 DISPLAYED ☐3 UNK | 52. FIREARM FEATURES | 53. POINT/ENTRY | 54. POINT/EXIT | 55. BURGLAR ALARM | 56. SAFE BURGLARY METHOD | 57. IF RESIDENCE, WHERE WERE OCCUPANTS |
| ☒01 HAND GUN ☐08 EXPLOSIVE | ☐01 CHROME/NICKEL | ☐01 FRONT DOOR | ☐01 FRONT DOOR | ☐DNA | ☐01 PUNCH ☐06 PEEL | ☐01 WORK ☐06 CHURCH |
| ☐02 SHOTGUN ☐09 LIQUID/GAS | ☐02 BLUE STEEL | ☐02 REAR DOOR | ☐02 REAR DOOR | ON PREMISE | ☐02 TORCH ☐07 OPEN | ☐02 VISITING ☐07 UNKNOWN |
| ☐03 RIFLE ☐10 BOTTLE/GLASS | ☐03 SHORT BARREL | ☐03 WINDOW | ☐03 WINDOW | ☐1 YES ☐2 NO | ☐03 EXPLOSIVE ☐08 UNKNOWN | ☐03 VACATION ☐08 DNA |
| ☐04 KNIFE ☐11 RAZOR | ☐04 LONG BARREL | ☐04 ROOF | ☐04 ROOF | ALARM CIRCUMVENTED | ☐04 DRILL ☐09 DNA | ☐04 WEDDING |
| ☐05 VEHICLE ☐12 PRY TOOL | ☐05 SAWED OFF | ☐05 FLOOR | ☐05 FLOOR | ☐1 YES ☐2 NO | ☐05 BURNING | ☐05 FUNERAL/WAKE |
| ☐06 BLUNT INSTRUMENT ☐13 HAND, FEET | ☐06 OTHER | ☐06 SIDE DOOR | ☐06 SIDE DOOR | | | |
| ☐07 THROWN OBJECT ☐14 OTHER | ☐07 UNKNOWN | ☐07 OTHER | ☐07 OTHER | 58. UNUSUAL CHARACTERISTICS OF OFFENSE | | 59. GANG RELATED – AFFILIATION |
| ☐15 DNA | ☐08 DNA | ☐08 UNKNOWN | ☐08 UNKNOWN | See narrative | | ☐VICTIM |
| | | | ☐09 DNA | | | ☐OFFENDER |

| 71. DESCRIBE PROPERTY IN NARRATIVE | | | | | T = TAKEN, R = RECOVERED | | | | | | |
| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R | 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | 11 FIREARMS ☐T $ ☐R | & Narc./Dang. Drugs ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NO ☐T ☐R |
| 72. VEHICLE/TRAILER | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE EXPIR. MO/YR | 73. PROPERTY INVENTORY NO(S). | | 74. VEH. INVENTORY NO |
| ☐STOLEN ☐THEFT FROM ☐OFFENDER'S | | | | | | | | | | | |

NARRATIVE (Do not duplicate or repeat information — for explanation or additional information only)

Arresting officers: Tactical unit 961-D F. Limon 14150 J. Sweeney 13482 R. Gutierrez 7699

Notifications: Tact. Sgt Bustos, 1st w/C Lt. Collins, Bomb&Arson Ciolli 40840, A/3/Youth Zel
Evidence Technician

Court Information: Arrestee turned over to Area 3 Youth for processing

| 91. EXTRA COPIES REQUIRED ☐NORMAL Bomb&Arson | ☐CONT'D OTHER SIDE | 92. OFFICER NOTIFYING FOLLOW BY ☐ ASSIG. UNIT J. Sweeney 13482 | UNIT NOTIFIED B&A | PERSON ☐NOTIFIED ☒ARRIVED Det. Nelson | ☐UNASSIG. | 24 Mar 84 0200 | 81. SOBRIETY OF V ☐1 SOBER | |
| 93. FIRST OFFICER AT SCENE | ☒R.O. | 94. OFFICER NOTIFYING ☐LIST D/S ☐E.T. ☐M.E. | | PERSON ☐NOTIFIED ☐ARRIVED | | | 82. FLASH MESSAG ☐1 YES | |
| 95. REPORTING OFFICER'S NAME (PRINT) STAR NO. Frank Limon 14150 | | OFFICER'S SIGNATURE Frank Limon | | DATE INVEST COMPLETED - TIME 24 Mar 84 0300 | 97. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. | DATE (DAY-MO-YR) - TIME | |
| 96. REPORTING OFFICER'S NAME (PRINT) STAR NO. James E. Sweeney 13482 | | OFFICER'S SIGNATURE James E. Sweeney | | | APPROVAL SIGNATURE | | DATE APPROVED - TIME | |

CPD 11-330 (REV. 8-83)

CPD-ORIG-FILE-4-0039

F. 105-35B

**HISTORY OF ARREST:** R/Os were assigned to a call by the Chicago Fire Dept. requesting assistance and holding an offender for Arson. Upon arrival R/Os met Lt. Keating of Engine 116 who related that while extinguishing a garage which fire at 1840 W. 46th St., he was approached by witness PONCE who told him that the offender was in the alley at the rear of the garage when the garage was on fire, before the Fire Dept. was called. R/Os were taken to the residence of the offender by the witnesses and located. The offender was informed of the allegation, placed under arrest and advised of his U.S. rights. All witnesses were brought into the ninth district. In summary, after inter viewing Witness PONCE, it was learned that at Approx. 2310hrs he had observed the offender and a male subject at the rear of the garage, upon seeing the witness both subjects fled. Witness PONCE noticed smoke coming from furniture which was piled against the garage and started on fire. At this time Witnesses SANCHZ and HANKINS emerged from a friend's house after seeing the smoke. They called the Fire Dept. and attempted to extinguish the fire.

The offender was again advised of his right. He stated that he had arrived at home at 2320hrs., He stated that he had walked his friend, known only as Jerry M/WH/15YOA who live in the vicinity of 46th & Honore half-way home. The offender denied starting any fire. Det. Nelson BOmb Arso arrived in the ninth district to conduct follow-u investigation. E.T. ordered for pictures of scene. Offender Turned over to Area 3 Youth Officer Zelinda for processing and Court Reffera Offender charged with Arson-Chp 38-20-1A.

THRASH. 4538 S. HONORE.
4512 S. HONORE.

I HAVE REVIEWED THIS REPORT  SUPERVISOR'S SIGNATURE AND BY MY SIGNATURE INDI. CATE THAT IT IS ACCEPTABLE.   DATE (DAY MO YR)

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

CPD-ORIG-FILE-4-0040

F - 1 0 4 5 3

| UCR OFFENSE CODE | REV. CODE | 1 UCR METHOD CODE | METHOD RECOVED | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

☐ 1 CORRECT  ☐ 2 REVISED

☐ 1 CORRECT  ☐ 2 REVISED — DATE

STATUS  ☐ 1b PROGRESS  ☐ 1 SUSPENDED  ☐ 2 UNFOUNDED
☐ 3 CLEARED CLOSED  ☐ 4 CLEARED OPEN  ☐ 5 EXC. CLRD. CLOSED
☐ 6 EXC. CLEARED OPEN  ☐ 7 CLOSED–NON-CRIMINAL

6 03 14 386 23 Mar, 84  9 92  ☐ 1 YES ☐ NO ☐ 1 YES

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST)
☐ 1 ARREST & PROSECUTION  ☐ 2 DIRECTED TO FAMILY COURT  ☐ 3 COMPL. REFUSED TO PROSECUTE  ☐ 4 COMMUNITY ADJUSTMENT  ☐ 5 OTHER EXCEPTIONAL

VICTIM IDENTIFIERS  VICTIM NO.  REVISED NAME
☒ 1 CORRECT
☐ 2 REVISED

REVISED ADDRESS

REVISED PHONE NO.
☐ HOME
☐ BUSINESS

VALUE OF PROPERTY TAKEN/RECOVERED ☒ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| ☐ ONLY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | 11 FIREARMS | 14 NARC/GANG. DRUGS | OTHER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | |
| | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | |

SERIAL NOS. OR IDENTIFICATION NOS.  ☒ 1 DNA  ☐ 2 VERIFIED  ☐ 3 CORRECTED  LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

This is a DTP by Fire PROGRESS Report. #1.

NARRATIVE (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

Bt. 913 (OCR)

DATE & TIME OF OCCURRENCE:  23 Mar 84  1343 hrs.

DATE & TIME OF ASSIGNMENT:  23 Mar 84  1520 hrs.

DATE & TIME OF ARRIVAL:  23 Mar 84  1615 hrs.

VICTIM:  Arteaga, Robert  M/WH/35

4504 S. Marshfield  Ph# 847-0307  #2 flr

ADDITIONAL VICTIMS:  per Original Case Report

Ramos, Hermenia F/WH/13

4504 S. Marshfield  1st flr  Ph# Unknown

Cintora, Loisa  F/WH/21

4508 S. Marshfield  1st flr  Ph# 927-4196

Castro, Maria  F/WH/23

4500 S. Marshfield  1st flr  Ph# 809-3857

BUILDING OWNER:  San Miguel, Robert  M/WH

15315 S. Blackstone, Dolton, Il.  Ph# 841-6482

PREPARED BY – SIGNATURE  Det M. Cheatham  STAR NO. 14386 23, May 84  APPROVED BY – SIGNATURE  STAR NO.  DATE (DAY-MO-YR)

CPD-11.411 (Temp. 11/83)

CPD-ORIG-FILE-4-0041

PRESS HARD — This is 6 part form

PRINT CLEARLY — — This is the official Department record.

**GO POLICE**
**REST REPORT**
1420 (Rev. 2/83)

| 1. NAME (LAST) | (FIRST) | | MIDDLE | 2. SEX | 3. RACE | 4. DATE OF BIRTH |
|---|---|---|---|---|---|---|
| RAMOS, Isabel | | | none | F | WH | DAY / MONTH |

| ADDRESS OF ARREST | APT. NO | 6. AGE |
|---|---|---|
| 4640 S. Marshfield | | 37 |

| 7. ALIAS (LAST) | (FIRST) | (MIDDLE) | 8. C.B. NO |
|---|---|---|---|
| TAYLOR, Elizabeth | | | |

| 10. ENTER LOCATION CODE FOR NATURE OF PREMISES | 11. DIST./RES | 12. RESIDENCE ADDRESS | 13. TIME PHOT'D | 14. R.D. NO |
|---|---|---|---|---|
| | 09 | 4640 S. Marshfield | | F 104 537 |

| 15. RESISTED ARREST | 16. ASSAULTED OFFICER | 17. OFFICER INJURED | 18. SOBRIETY | | | | 19. STATE/PLACE OF BIRTH | DRIVERS LICENSE NO | STATE | 20. I.R. NO |
|---|---|---|---|---|---|---|---|---|---|---|
| YES / NO [X] | YES / NO [X] | YES / NO [X] | SOBER [X] | HBD | INTOX | | Tex | none | | 637 053 |

| 21. WEAPON | | OTHER (SPECIFY) | 22. HEIGHT | 23. WEIGHT | 24. EYES | 25. HAIR | 26. COMPLEXION | 27. FINGERPRINT CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|
| PISTOL-REVOLVER | RIFLE / SHOT-GUN / KNIFE | none | 5'6 | 140 | brn | gray | med | |

| 28. GLASSES | 29. BUILD | 30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. | 31. BEAT OF ARREST | 32. DATE OF ARREST | | | TIME | 33. FINAL CT. DATE & BRANCH |
|---|---|---|---|---|---|---|---|---|
| YES / NO [X] | SLENDER MEDIUM [X] HEAVY | none visible | 913 | DAY 24 | MONTH Mar | YEAR 84 | 1015 | |

| 34. WHERE EMPLOYED | | | | |
|---|---|---|---|---|
| unemployed | 38 20 1.1 a 1 | Arson aggravated | | |

| 35. OCCUPATION | | | | |
|---|---|---|---|---|
| none | 2 | 2 | 2 | |

| 36. NO. ARRESTED | 37. TIME FINGERPRINTED | 38. REFERENCES (CHAPTER ARTICLE SECTION) | 39. OFFENSES | 40. | DISPOSITIONS |
|---|---|---|---|---|---|
| 1 | | 5 | 5 | 5 | |

| 41. OFFICER NOTIFYING INVESTIGATIVE UNIT | 42. PERSON NOTIFIED | UNIT NOTIFIED | TIME | 43. DATE CHARGED | | | TIME | 44. APPROVAL OF CHARGES |
|---|---|---|---|---|---|---|---|---|
| Micek/Vega | Sgt. Olivieiri | 603 | 1200 | DAY | MONTH | YEAR | | |

| 45. VEHICLE OF ARRESTEE | YEAR | MAKE | STATE LICENSE NO | DISPOSITION OF VEHICLE |
|---|---|---|---|---|
| | | dna | | |

| 46. VICTIM-COMPLAINANT | NAME | SEX | RACE | HOME ADDRESS | | PHONE NO |
|---|---|---|---|---|---|---|
| | SAN MIGUEL, Robert | M | | 15315 S. Blackstone | | 841 648 |

| 47. ARRESTEE TRANSPORTED TO | BY | STAR NO | HOW TRANSPORTED | TIME | PROPERTY INVENTORY NO(S) |
|---|---|---|---|---|---|
| | | | | | |

48. NARRATIVE

Arrested for the arson comitted at 4504 S. Marshfield on 23 Mar 84, about
1345 hrs.

Charges approved:Rajfer    Felony review

| | | TEL. NO. CALLED | | TIME OF TELEPHONE CALL |
|---|---|---|---|---|

| FOR NARCOTIC ARREST | APPROX. WEIGHT/NO. PILLS | EST. STREET VALUE - CALL VICE CONTROL, PAX 9-4193 | FOR COURT USE - COURT DOCKET NO. |
|---|---|---|---|
| ☐ CANNABIS  ☐ CONTROLLED SUBSTANCE | | $ | |

| 49. VEHICLE ASSIGNED | 3 | 50. DESIRED COURT DATE | BRANCH | 51. COURT SGT. TO HANDLE | 52. DATE RECEIVED LOCKUP BUILDING | TIME | 53. FINAL JUDGE'S NAME |
|---|---|---|---|---|---|---|---|
| 1 ONE  2 TWO MAN / MAN CAR / CAR [XX] OTHER | | 26 MAR 84 | 44-4 | YES [XX] NO | | | |

| 55. ARRESTING/APPEARING OFFICER | STAR NO | UNIT NO | BEAT NO. | D.O. GRP. | ARRESTING OFFICER | STAR NO | UNIT NO | BEAT NO |
|---|---|---|---|---|---|---|---|---|
| Det. W. MICEK | 4645 | 603 | 5820 | 3 | V. Vega / R. URBON | 3464 / 14261 | 603 | 5826 |

| 56. BOOKING OFFICER | STAR NO | UNIT | 57. PROPERTY RECEIPT NO | 58. INITIAL COURT DATE | BRANCH |
|---|---|---|---|---|---|
| | | | | | |

| 59. ARRESTEE SEARCHED BY | STAR NO | UNIT | 60. BONDED-DATE | TIME | |
|---|---|---|---|---|---|
| | | | | | |

| JUVENILE | 61. Y.D. NO. | 62. RELIGION | 63. | TEMP. | 64. NO. ADULTS | 65. DATE OF OFFENSE | TIME | 73. COMM. | 74. JUVENILE CODE |
|---|---|---|---|---|---|---|---|---|---|

CPD-ORIG-FILE-4-0042

BOMB AND ARSON SECTION

FIRE INVESTIGATION

RD# F 104 537

VICTIM: Arteaga, Robert et al.

LOCATION: 4500 thru 4508 S. Marshfield

Page Two

INCIDENT:

Fire Investigation --- fire in the two-story frame house located at 4504 S. Marshfield and communicated to adjacent and nearby buildings at 4500, 4502, 4508, front and rear structures, S. Marshfield, initiated in an unknown manner.

CAUSE AND ORIGIN:

Extensive damage to the building of origination and the subsequent hazardous condition of the remains precludes a thorough examination of the building. Based on extant fire signs and the statements of neighbors and firefighting personnel, the fire appears to have originated at the rear of 4504 S. Marshfield, very possibly at the rear of the first floor (kitchen/porch) area. Unable to examine the area of origin for signs of accelerants at this time.

DAMAGE:

Extensive --- fire consumed nearly all of the upper (second floor) portions of the structure and involved the first floor to the degree that supporting members were weakened to the point of collapse. Portions of the second floor collapsed into the first floor under firefighting operations. Heavy to extensive damage to the first floor area and porch members. Fire communicated from this building to the upper reaches of the adjacent buildings at 4202 and 4208 S. Marshfield and from there to the roofs

CPD-ORIG-FILE-4-0043

BOMB AND ARSON SECTION

FIRE INVESTIGATION

RD# F 104 537

VICTIM: Arteaga, Robert et al.

LOCATION: 4500 thru 4508 S. Marshfield

Page Three

DAMAGE (cont):

of 4500 and 4508 (rear) S. Marshfield, causing

varying amounts of damage to these structures.

MOTIVE:

None determined at this time, but investigative
avenues are being pursued

WITNESSES:

None known to actual ignition

WITNESSES TO BE INTERVIEWED:

None at this time

OTHER PERSONS INTERVIEWED:

Lt. Ennis Truck #33
CFD Response Unit

Garcia, Eriberto M/WH
4502 S. Marshfield  Ph# 376-0734 #2 flr
Local resident/Victim

Cardoso, Reuben M/WH
4510 S. Marshfield  Ph# 847-4264
Local resident

Arteaga, Severa F/WH
4504 S. Marshfield  Ph# 847-0307  #2 flr
Local resident/victim

Baragan, Francisco M/WH
4502 S. Marshfield  Ph# 523-4344  Bsmnt
Local resident/Victim

Gonzalez, Videl M/WH/18
Avina, Jose M/WH
4501 S. Marshfield  Ph# 376-5167

EXAMINATION OF GAS AND
ELECTRICAL OUTLETS:

Examination precluded by hazardous condition
of building compounded by the extent of the
damage and destruction

SMOKE DETECTORS:

Unknown

SPRINKLER SYSTEM:

DNA

INSURANCE INFORMATION:

First Federal of Chicago

WEATHER/LIGHTING:

41°F Sunny and clear

Natural daylight/good

EVIDENCE:

20 35mm color photographs of scene

No debris recovered due to hazardous nature
of building and obstruction of possible area of
origin

BOMB AND ARSON SECTION

FIRE INVESTIGATION

RD# F 104 537

VICTIM: Arteaga, Robert et al.

LOCATION: 4500 thru 4508 S. Marshfield

Page Four

PERSONNEL ASSIGNED:

CFD OFFICIAL IN CHARGE:

PO D. Garcia # 13817
Det. M. Scheithauer #14386
Det. W. Micek #4645

First Deputy Pentek (4th District)

CFD Arson Investigators on Scene
Rodriguez #10
Krzeminski #9

NOTIFYING CFD:

IN CUSTODY:

ARRESTING OFFICERS:

ARREST DATA:

CHARGES/COURT:

WANTED:

PRIOR FIRE:

INVESTIGATION:

Various neighbors

DNA

DNA

DNA

DNA

DNA at this time

None reported per B & A records

The reporting detective was assigned to
investigate a fire (2-11) on 23 Mar 84 at

1520 hrs. at 4504 S. Marshfield as an immediate response assignment.

On arrival the reporting detective and Det.
Wayne Micek #4645 observed the building at 4504 S. Marshfield aflame and partially
collapsed while CFD units continued suppression efforts. The adjacent building at
4502 S. Marshfield was burning in its upper roof portions and several other nearby
buildings (4500, 4508, front and rear) were noted as smoldering and exhibiting signs of
having sustained some fire damage.

While the suppression efforts continued, the
reporting detective and Det. Micek conducted interviews of local residents and available
victims.

CFD Lt. ENNIS, one of the first CFD units to
arrive related that when he arrived, the first floor porch and kitchen area were

CPD-ORIG-FILE-4-0045

BOMB AND ARSON SECTION

FIRE INVESTIGATION

RD# F 104 537

VICTIM: Arteaga, Robert  et al.

LOCATION: 4500 thru 4508 S. Marshfield

Page Five

INVESTIGATION (cont):

fully involved and the rear dorr was nearly consumed. When asked aobut the front door he stated he believed it was forced, (CFD) but he could not be sure. He also noted that his observations might be somewhat sketchy as the first floor became nearly wholly involved and the second floor very quickly thereafter even as suppression efforts were initiated.

Neighbor/victim Eriberto GARCIA related that he at work at the time of the fire and was informed of the fire by his daughter, who smelled smoke and called him at work. The daughter was unavailable for interview. He could not suggest any possible reasons for this fire.

Neighbor Reuben CARDOSO related that he just left the house and was driving away when he noticed smoke coming from the area of his house. He returned home and saw the rear section of 4504 S. Marshfield aflame. He did not note anything unusual at that time and could not suggest anything relative to the possible origins of this fire.

Resident/victim Severa ARTEAGA admitted having no first-hand knowledge of the fire, the children having come home and found the house afire. Arteaga did note that the first floor resident, Isabel Ramos, had had an altercation with the people at 4802 S. Marshfield, and believed Ramos was responsible for breaking out the windows there some few days prior.

Franciso BARAGAN, neighbor/victim, was not at home at the time of the fire and could not suggest any pertinent information relative to this investigation.

Local youths Videl GONZALEZ and Jose AVINA were interviewed and related, in essence, that they had been to the side of 4501 S. Marshfield, washing a car, when they noticed a woman come staggering in their direction.

F 104 537

BOMB AND ARSON SECTION

FIRE INVESTIGATION

RD# F 104 537

INVESTIGATION (cont):

VICTIM: Arteaga, Robert et al.

LOCATION: 4500 thru 4508 S. Marshfield

Page Six

They described a woman in her late thirites, or early forties, a F/WH, about 5'6", with black hair shot with a lot of gray, wearing a shabby brown cloth coat. The woman was carrying a six-pack of beer and an open can of beer in the other hand. Both agreed she was looking back in the direction of the 'burned' building and half-shouting curses in that direction. They agreed the only thing they heard clearly was when she said "don't worry, I've got the beer". The woman poured beer on her head and staggered away, last seen going south on Ashland. Both recognized the woman as the first floor tenant of 4504 S. Marshfield, Isabel RAMOS. About five minutes after this incident, the pair noticed smoke coming from the building across the stree. They could add nothing further.

Various neighbors were canvassed for additional information relative to this fire or the current whereabouts of Iasbel RAMOS, but little information was disclosed. A Flash Message was sent via the local zone dispatcher with Ramos's description and the explanation that she was wanted for investigation at this time. Additional efforts to locate Ramos disclosed that she has a relative at 4640 S. Marshfield, rear second floor. Several visits to this location failed to discover the subject.

The reporting detectives made numerous tours of th area in an attempt to locate Isabel RAMOS, but all attempts proved unsuccessful. Efforts will continue to locate this subject for interview relative to this incident. This investigation is continuing.

Det. Mark Scheithauer #14386

Approval _____

STATEMENT OF

ISABEL RAMOS

Taken ___3/24/84___ At ___1:30 p.m___

At ___9th Dist Police Station___

Present ___Det. W. Mraek #4645___
___Sol Rajfer ASA.___

This statement taken regarding the ___fire___
of ___my apartment and building___ which occurred on ___3/23/84___
at ___4504 S. Marshfield___ at ___1:30 P.m.___

I understand I have the right to remain silent and that
anything I say can be used against me in a court of law.
I understand that I have the right to talk to a lawyer
and have him present with me during questioning, and if
I cannot afford to hire a lawyer one will be appointed
by the court to represent me before any questioning.
Understanding these rights, I wish to give a statement.

I got mad and decided to burn my curtains
I was angry and tore down my curtains.
I took a piece of paper put it to the
curtains in the kitchen. The a curtains were
still hanging up. I stood there and saw
the flames get a bigger I grab the
beer I left. I already drunk a beer.
I left with a sixpack. I lit the paper
on the stove then put on the curtains.
The reason I set the fire to my apartment
caused it was my angry. I know what I did
was wrong. After the fire I went to
a tavern and I found came back the
building was gone. I was angry at the
land lady.

                                    Isabel Ramos
Sol Rajfer ASA
W. Mraek

VICTIMS:

ELVA LUPERCIO (MOTHER) D.O.A.
ANABEL    "   3yrs    3yrs missing
YADIRA    "          4yrs missing
CRISABEL  "          6yrs missing        } Mercy Hosp
SONIA     "          8yrs D OA.
SANTOS JR " 9        9-10 yrs DOA

M/E Ruddy
OBIS
# 913    901
Sgt Kelther #1217

# 454-6700
471-8000

FATHER  SANTOS LUPERCIO - Holy Cross Hosp.
FIRE  0404 hrs - 24 March 1981
4448 HERMITAGE - completely destroyed -

COMMANDER TIMOTHY DALEY CAR 900 on scene
CAPT THOMAS NOLAN #45 (2nd Watch Comm. "
LT. JOHN COLLINS #261 1st Watch Comm "
Sgt. KNIGHT
PO Chuma 9863 & DANAHER 12805 Beat 933
PO Jenkins Bomb & Arson - Beat 5812

CFD Chief Altman in Charge
6th Dist Chief Arango
4th Deputy Garrity
Engine 49 Engine 123
Amb #1

PO. DAHL 16016 } 772
PO Berry 2770 }

INTERVIEW

Name: Maria Ellena Sanchez

Address: 4440 S Hermitage

SEX & AGE: F/4 25yrs 3rd floor Front

PHONE: None

REMARKS: Did NOT see or hear
any thing

Interviewed by

CPD-ORIG-FILE-4-0050

Name: Charlie Petrosus

Address: 4446 S. Hermitage.

SEX & AGE: M/W - 74

PHONE:
4634 S. Hermitage

REMARKS: No other info

Interviewed by

CPD-ORIG-FILE-4-0051

INTERVIEW

Name: Maria Suarez

Address: 4427 S. Wood

SEX & AGE: F/W H 36 yrs

PHONE: 927-1592

REMARKS: WAS asleep when fire started
and did not see anything

Interviewed by

CPD-ORIG-FILE-4-0052

INTERVIEW

Name: Raul Moreno

Address: 4430 S. Hermitage

SEX & AGE: m/w H 32yrs

PHONE: None

REMARKS: Was sleeping was awaken
by sirens and seen fire. No additional
info

CPD-ORIG-FILE-4-0053

INTERVIEW

Name: CHAROLETTE CRUZ

Address: 4440 S. HERMITAGE

SEX & AGE: F/20

PHONE: 890-5936

REMARKS: CALLED FIRE IN @ appr/ 4:10 A.M

NOTHING ELSE

HEARD PISSIBLE ARGUEING PRIOR to FIRE.

R.H.
Interviewed by

CPD-ORIG-FILE-4-0054

INTERVIEW

Name: BROWNE JEANVE

Address: 4435 S. Wood 1st FRT.

SEX & AGE: F/28 yrs.

PHONE: No phone

REMARKS: 3/L's who use to Live there

Kept thrown out - possibly

(HAD VACANT APPARTMENT)

Interviewed by

CPD-ORIG-FILE-4-0055

INTERVIEW

Name: Guillermo Syqurez 3rd floor front

Address: 4427 S. Wood

SEX & AGE: M/WH 14yrs

PHONE: 927-1592

REMARKS: Sleeping and heard my father talking about a fire got up and went out to talk to my next door neighbor because I thought it was his house that was on fire. Then neighbor woke up and I seen it wasn't his house

Sgt DButs 1397
Interviewed By

CPD-ORIG-FILE-4-0056

INTERVIEW

Name: Lela OSORADO

Address: 4426 S. Hermitage

SEX & AGE: F/W H 50 yrs

PHONE: 376-0986

REMARKS: Was awaken by phone call male voice asking what was going on about fire did not identify self hung up. and looked out window and seen fire.

_Sgt J Burk_ 1342

INTERVIEWED BY

CPD-ORIG-FILE-4-0057

INTERVIEW

Name: PTAK, ED

Address: 4420 S Hen

SEX & AGE: M/W 24

PHONE: 254-0237

REMARKS: At Approximately 3:30 subject heard Fire Dept arrive on
Scene & observed victim laying on ground who apparently
had jumped from burning house

Gutierrez 7699
Interviewed