IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES KLUPPELBERG, | |
| Plaintiff | Civil Action No. 13 cv 3963 |
| v. | JUDGE LEFKOW |
| JON BURGE et al., | |
| Defendants. | JURY TRIAL DEMANDED |

## DECLARATION OF VICTORIA SIRCHER

1. My name is Victoria Sircher. My maiden name is Victoria Kluppelberg. I am James Kluppelberg's sister. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge, except where otherwise indicated. If called as a witness, I could and would testify competently to these statements.

2. When my brother was bailed out of prison in 1989 or 1990 and escaped to Georgia, he would repeatedly call my mother's home, where I was living at the time. During those calls I told James that he had to turn himself in because the police were constantly coming by the house looking for him. I told him it was upsetting my mother. He told me he knew he did it but that he didn't want to go back to prison, that he couldn't be there for the rest of his life. Everybody knew that he did it because he was mad that his then-girlfriend was sleeping with the father of her three children. James, his then-girlfriend and father of her children were all living together in the same house. I was in shock when I found out he was being released from prison because I know he started that fire on Hermitage that killed that family.

3. I never told anyone that my brother had admitted to me that he had started the fire because no one ever asked me. The police never asked me or anyone else involved in the trial. I was 18 years old at the time and pregnant with my first child and I didn't want to

**JGS 10809**

upset my mother. Besides, he was going to jail for a long time. That's why I was in shock when they released him.

4. I also know that my brother set those cars on fire at the company where he worked as a security guard. When I heard that happened, I knew it was him and not some other person that he had told the police he had seen. Ever since he was a young boy my brother James would behave strangely and act irrationally whenever he didn't get his way or when he was upset. He would usually burn things acting out against my mother whenever she tried to discipline him. James would set a toilet plunger wrapped in toilet paper on fire and run through the house. He would set garbage cans on fire. He would also cut himself whenever he got frustrated with his girlfriends. I believe he did that to prevent them from leaving him, so they would pity him.

5. When he was younger, my brother broke into jewelry and currency exchanges. When apprehended he would injure himself while in custody and say it was the police that beat him up. I overheard him at home boasting to others that he injured himself while in custody to blame it on police brutality. After he was apprehended and charged for the fire on Hermitage, he called my mother on the phone. After she hung up, she told my stepfather that James had told her that he had injured himself while in custody to blame the police officers. He told my mother that he threw himself against the cell bars and against the wall.

6. When we were very young and James was approximately 13, I remember fire at our home on New Year's Eve.

7. When James was approximately 18 years old, we were living at 48th and Racine (4758 S. Racine). James was living in the first floor of that residence. One day near the end of a party at the residence, a man refused to leave the party and residence, and James hit him with a wooden 2x4 and killed him. James was charged and convicted for involuntary manslaughter but I am uncertain of the specific charge. I believe he spent some time in jail because of that. Not long after that, the house burned down after James altered the fuse box, then there was a spark and James told us to leave the house. I am certain he

JGS 10810

burned it down. I remember conversations about money problems, losing the house to the bank and then it burns down. James has always done these things, he always thought he was smarter than anyone else and can get away with stuff.

8. When he was apprehended in Georgia, James also cut himself. I don't know what the point was because he ended up turning himself in. But that's something he did when he was upset. I saw him when he got out before he went down to Georgia and he was perfectly healthy. When he was in Cook County, he was fine physically. My mother told me he had cut himself.

9. When we were younger, James would touch me and my sister Laura in a way that he shouldn't. I blocked all of that from my memory because it was very painful. But he should not be allowed around children alone. I tolerated living with my brother when I was younger but knowing him as I do, I always knew there was something wrong with him. He has a mean streak. He would hurt me, crush my fingers and know it was wrong but he would smile anyway. It was like he enjoyed what he was doing. When my daughter was 13, he came to my house briefly and starting talking to her. I asked him immediately to leave the room. He had that smile that I know and I told him to get out. I don't think he should be around children ever because people like that don't change.

This declaration is executed under penalty of perjury, pursuant to 28 U.S. C. § 1746, on July 28 2017, in Cook County, Illinois.

_Victoria Sircher_
Victoria Sircher

Signed and sworn (or affirmed) before me on July 28, 2017 (date) by Victoria Sircher (name)

_Notary Public_
Notary Public

WENDY N DAVIS
Official Seal
Notary Public - State of Illinois
My Commission Expires May 2, 2020