IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES KLUPPELBERG,

Plaintiff

v.

JON BURGE et al.,

Defendants.

Civil Action No. 13 cv 3963

JUDGE LEFKOW

JURY TRIAL DEMANDED

## DECLARATION OF BONNIE HILEMAN

1. My name is Bonnie Hileman. I have also used the names Bonnie Kluppelberg and Bonnie Fitzpatrick. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge, except where otherwise indicated. If called as a witness, I could and would testify competently to these statements.

2. I met James Kluppelberg ("Kluppelberg") in 1986. My father had a business where he employed people from a prison work-release program and Kluppelberg was part of that program after he was sentenced for theft. I met him there and we started dating. We married on August 16, 1988 at the Cook County Jail. We got divorced in early 2002.

3. In December 1987, while I was dating and living with Kluppelberg, I was still married to somebody else with whom I had three children. When my family started planning the Christmas party, my mother told me it was inappropriate to invite Kluppelberg because I had a husband of many years with whom I had children. When I told Kluppelberg, he got very upset but said he would just "go to work."

4. At the time, Kluppelberg was working as a security guard at a company. The night of the Christmas party, two cars were set on fire on the company's premises where Kluppelberg worked. When the police arrived, he told them he had seen someone running from the place and gave them the physical description. However, a week after the incident,

JGS 10805

Kluppelberg admitted to me that he had set the cars on fire because he was upset he was not invited to the Christmas party. He also told me he had started a fire in the garbage chute at the premises of the company where he worked at a different time, when he was upset about something else. I believe Kluppelberg also admitted to his sister Victoria that he had set those cars on fire.

5. Kluppelberg was detained by the police on January 12, 1988 while he was working at 51st and Hermitage. I remember because it is my best friend's birthday. The police told Kluppelberg that they wanted him to look at some pictures related to the arson of the cars. He told the police he had to work so the police told him they would go to where he was. When they arrived, they detained him and took him away. After he was sentenced for the arson of the cars and the arson at Hermitage where the family and all those children died, I would visit him regularly in jail. During a visit one day, Kluppelberg admitted to me that he had started the fire in the building at Hermitage that killed that family. When I asked him why he did that, he told me he was upset that his girlfriend's was partying with her ex-boyfriend and her ex-boyfriend's then-girlfriend. When I asked him why he was telling me that he had set the building on fire, Kluppelberg said that he was admitting to it because he wanted to see if I would stay with him. I told this to the investigators and to the state's attorney's representatives but they didn't want to hear it. When the attorney from the state's attorney's office came to Dawn's nursing home when she was being treated for Cancer, Dawn and I told them that Kluppelberg had admitted to these crimes. The attorney said that there was nothing they could do; that Kluppelberg was about to be released from prison. You need to look at the transcript of Dawn's declaration to the state's attorney. She told them everything. She didn't tell them everything before because she was terrified of Kluppelberg.

6. When I visited Kluppelberg in Cook County Jail in January 1988, after he was apprehended, he admitted to me that he had faked his injuries and the purported beating he had received from the police. Kluppelberg told me he had slammed himself against the cell bars and walls to blame it on the police.

JGS 10806

7. Kluppelberg would always set fires, act irrationally or wreak havoc whenever he got upset or angry. If we had a discussion, or I would not do what he said or wanted, he would cut up my clothes so I wouldn't leave the house. In at least one occasion, he put a live snake in my car to prevent me from leaving because he knew I was terrified of snakes.

8. When he escaped from jail after his mother bailed him out and they caught him, he sliced his arms with a razor because he was coming back to Illinois to face court. One occasion, I caught Kluppelberg in bed with my niece, Barbara Jean Richardson (nee Camp). He also sliced his arms so I wouldn't leave him. His family told stories that when he was younger, he would wrap toilet paper in the toilet plunger, set it on fire and run through the house whenever he was upset. When he was younger he burned down the house where his family was living in Racine Street in Chicago.

9. When he was released, I asked Kluppelberg what he was planning to do. He told me that he would make it up to me, pay me back the money he owed me. I paid $5,000 to retain an attorney, Marshall Weinberg, to represent him. I estimate I spent $50,000 by sending him commissary and all the stuff he needed in jail. I gave his mother $1,200 to pay for his bond. I did it because he was facing life or death at the time. I cared for him and I took care of his kid for 18 years. Sometimes I cared too much. He promised to give me my money back. All the money I spent over the years. If there is nothing to stop him from getting all that money, there is no reason why I wouldn't get the money he owed me.

10. Everybody in Kuppelberg's family knows that he molested his three sisters. Victoria and Theresa told me they had been abused by Kluppelberg. Kluppelberg's son should not let his kids around him. Kluppelberg's son knows very well the abuse that his father has committed over the years.

This declaration is executed under penalty of perjury, pursuant to 28 U.S. C. § 1746, on July 26 2017, in Cook County, Illinois.

**JGS 10807**

Bonnie Hileman

Signed and sworn (or affirmed) before me on July 26 2017 _____ (date) by Bonnie Hileman (name)

Notary Public

WENDY N DAVIS
Official Seal
Notary Public - State of Illinois
My Commission Expires May 2, 2020

**JGS 10808**