## DECLARATION OF LAURA COOK

I, Laura Cook, declare, under penalty of perjury, that I have personal knowledge of the following, it is true and accurate to the best of my recollection and knowledge, and if called upon to testify I could do so competently.

1. My name is Laura Cook and I am the sister of James Kluppleberg. I live in Dothan, Alabama. I am employed as a painter and carpenter. I am over the age of 18 and voluntarily give this declaration.

2. James and I were very close, and I have personal knowledge that a number of things alleged by Victoria and Bonnie are outright lies. For example, James and I were together a lot, and James never once mentioned that he was responsible for the fire that killed that family. When we were young, James never ran through the house with a lit toilet plunger.

3. I was in close touch with James and my family when James escaped from jail and went to Georgia. I never heard James say that he was responsible for the fire that killed that family, and as far as I know he never made any statement like that to Victoria or anyone in my family. We were all in close contact and I would have heard about it if James had made a statement like that.

4. James did not cut himself when he became upset as described by Victoria or Bonnie in their declarations. I do recall James having injured his foot when he was a child by stepping on a wooden board with a protruding nail and also by injuring himself on a fence but not him hurting himself.

5. James never admitted setting cars on fire at his work place. James never injured himself while in custody in order to blame the police for his injuries. Not only did James never tell me these things, but my mother never told me that James said these things either.

6. The only fire in our home around the holidays was in 1973 when we lived on 54th and Marshfield. Vicky was only 4 years old and not 13. An upstairs neighbor named Charlie died.

7. Regarding the guy that James killed with the two by four in self-defense, I recall being at a baptismal party for a relative name Carol Flores when a big guy walked in, drunk and threatening and made and aggressive threatening move towards James and others that were in that house at the time.

8. Victoria was a very heavy drug user. Many times I've had to pull Victoria out of drug houses, men's restroom, etc. Victoria's drugs of choice work cocaine, and angel dust. Victoria was extremely promiscuous and that she gave birth to her daughter, August, who was fathered by her son in law, Angelica's husband. After my husband, Martin, died in 1992, Victoria approached me and admitted that she had had an affair with Martin.

9. I am certain Victoria is lying on James, and believe the reason was because James would not give her any money after he was released. Victoria has been on welfare her entire life and was obsessed with getting money from James. So was Bonnie, who paid for a lot of James legal fees and raised his child.

10. It was a person named Ollie who cut Bonnie clothes up and put snakes in her car, not James. I saw with my own eyes many of the abuses by Ollie against Bonnie. There was even one instance in which Ollie struck me.

The above is true and accurate to the best of my knowledge and recollection. I give this declaration freely and voluntarily. No one promised me anything of value in exchange for this declaration. No one threatened me or forced me to provide this declaration. If called upon to testify as to it's contents I could do so competently.

Signed _Laura L. Cook_ Date _8-9-17_