**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

James Kluppelberg

                    Plaintiff,

v.                                   Case No.: 1:13–cv–03963
                                   Honorable Joan H. Lefkow

Jon Burge, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 15, 2017:

       MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 8/15/2017. Plaintiff's motion to strike and for other relief [640] is granted as to Victoria Sircher and denied as to Bonnie Hileman. Plaintiff's motion for extension of trial date [642] is denied. Defendants' motion to quash the deposition subpoena of Bonnie Hileman [645] is granted.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.