**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

James Kluppelberg

                       Plaintiff,

v.                                                      Case No.: 1:13–cv–03963
                                                        Honorable Joan H. Lefkow

Jon Burge, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 16, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Final pretrial conference not held on 8/16/2017. Status hearing held. Parties report that this case is settled. Case dismissed without prejudice with leave to reinstate on or before 10/16/2017. In the event a motion to reinstate is not filed on or before 10/16/2017, the case shall be deemed dismissed with prejudice without further order of court. Trial date of 8/21/2017 is vacated. All pending motions are moot. Civil case terminated. Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.