IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES KLUPPELBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 13 CV 3963 |
| | ) | |
| v. | ) | JUDGE LEFKOW |
| | ) | |
| JON BURGE et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION TO POSTPONE THE DATE ON WHICH THE DISMISSAL IN THIS CASE CONVERTS TO ONE WITH PREJUDICE**

Now comes Plaintiff, James Kluppelberg, by and through his counsel, and respectfully moves this Court for an order extending the date by which the dismissal in this case converts to a dismissal with prejudice, and in support states as follows:

1. On August 16, 2017, the parties reported to the Court that they had reached a settlement agreement in this case that would be subject to final approval by the Chicago City Council.

2. The Court thereafter entered an order dismissing Plaintiff's claims without prejudice and stating that the dismissal would turn to prejudice on October 16, 2017. Doc. 654.

3. As the parties proceeded to work out execution of the agreement, the City indicted that it would not present the agreement to the City Council until December 2017. Plaintiff therefore requested that the Court postpone the date for the dismissal to convert to one with prejudice to December 30, 2017. Doc. 657. The Court granted Plaintiff's request. Doc. 659.

4. The City has now indicted that it will not present the agreement to the City Council until January 2018. Based on that new anticipated timeframe, Plaintiff request that the

Court again postpone the date by which the dismissal converts to one with prejudice until January 31, 2017.

5. Plaintiff has conferred with counsel for Defendants about this motion, and Defendants do not object to the requested relief.

WHEREFORE, Plaintiff respectfully requests that this Court postpone the current December 30, 2017 date on which the dismissal in this case converts to one with prejudice, such that the dismissal does not convert to one with prejudice until January 31, 2017.

Respectfully submitted,

/s/ Elizabeth Mazur
One of Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Gayle Horn
Elizabeth Mazur
Katie Roche
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

I, Elizabeth Mazur, an attorney, hereby certify that on December 6, 2017, I filed the foregoing via the Court's CM/ECF system and thereby served a copy on all counsel of record.

/s/ Elizabeth Mazur