UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

James Kluppelberg
                         Plaintiff,

v.                                                     Case No.: 1:13–cv–03963
                                                        Honorable Joan H. Lefkow

Jon Burge, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 12, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's unopposed motion to postpone the date on which the dismissal in this case converts to one with prejudice [660] is granted. Motion is stricken from the Court's call of 12/13/2017. In the event a motion to reinstate is not filed on or before 1/31/2018, the case shall be deemed dismissed with prejudice without further order of court.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.